**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Western__ District of __Virginia__
(State)

Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**    A.G. Dillard, Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    5 4 – 0 9 2 2 0 4 8

4. **Debtor's address**

   **Principal place of business**

   295 Memory Lane
   Number     Street

   _____

   Troy                    VA      22974
   City                    State   ZIP Code

   Fluvanna County
   County

   **Mailing address, if different from principal place of business**

   _____
   Number     Street

   _____
   P.O. Box

   _____
   City        State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number     Street

   _____

   _____
   City        State    ZIP Code

5. **Debtor's website (URL)**    www.agdillard.com

Debtor  A.G. Dillard, Inc.  Case number (if known) _____
         Name

6. **Type of debtor**
   - [X] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - [ ] Partnership (excluding LLP)
   - [ ] Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - [ ] Railroad (as defined in 11 U.S.C. § 101(44))
   - [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - [X] None of the above

   B. *Check all that apply:*
   - [ ] Tax-exempt entity (as described in 26 U.S.C. § 501)
   - [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - [ ] Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   2  3  8  9

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - [ ] Chapter 7
   - [ ] Chapter 9
   - [X] Chapter 11. *Check all that apply*:
     - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - [ ] The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - [ ] A plan is being filed with this petition.
     - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - [ ] Chapter 12

Debtor ___A.G. Dillard, Inc._____    Case number (if known)_____
      Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes.   District _____   When _____   Case number _____
                                                       MM / DD / YYYY
           District _____   When _____   Case number _____
                                                       MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes.   Debtor _____   Relationship _____
             District _____   When _____
                                                              MM / DD / YYYY
            Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

        **Why does the property need immediate attention?** (*Check all that apply.*)

        ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
            What is the hazard? _____

        ☐ It needs to be physically secured or protected from the weather.

        ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

        ☐ Other _____

        **Where is the property?** _____
                                    Number      Street

            _____
            _____   _____   _____
            City                                        State  ZIP Code

        **Is the property insured?**

        ☐ No
        ☐ Yes. Insurance agency _____
                 Contact name _____
                 Phone _____

    **Statistical and administrative information**

Debtor  A.G. Dillard, Inc.                                    Case number (*if known*)_____
        Name

| 13. **Debtor's estimation of available funds** | Check one: <br> ☒ Funds will be available for distribution to unsecured creditors. <br> ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|

| 14. **Estimated number of creditors** | ☐ 1-49 <br> ☐ 50-99 <br> ☒ 100-199 <br> ☐ 200-999 | ☐ 1,000-5,000 <br> ☐ 5,001-10,000 <br> ☐ 10,001-25,000 | ☐ 25,001-50,000 <br> ☐ 50,001-100,000 <br> ☐ More than 100,000 |
|---|---|---|---|

| 15. **Estimated assets** | ☐ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☐ $100,001-$500,000 <br> ☐ $500,001-$1 million | ☐ $1,000,001-$10 million <br> ☒ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |
|---|---|---|---|

| 16. **Estimated liabilities** | ☐ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☐ $100,001-$500,000 <br> ☐ $500,001-$1 million | ☐ $1,000,001-$10 million <br> ☒ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |
|---|---|---|---|

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/09/2022
             MM / DD / YYYY

✗  /s/ Alan G. Dillard, III                              Alan G. Dillard, III
   Signature of authorized representative of debtor       Printed name

   Title  President

Debtor  A.G. Dillard, Inc.
        Name

Case number (if known) _____

**18. Signature of attorney**

X  /s/ Robert S. Westermann
   Signature of attorney for debtor

Date  02/09/2022
      MM / DD / YYYY

Robert S. Westermann
Printed name

Hirschler Fleischer, P.C.
Firm name

2100 East Cary Street
Number    Street

Richmond                                VA          23223
City                                    State       ZIP Code

804-775-9500                            rwestermann@hirschlerlaw.com
Contact phone                           Email address

43294                                   VA
Bar number                              State

**Fill in this information to identify the case:**

Debtor name: A. G. Dillard, Inc

United States Bankruptcy Court for the: Western District of VA (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | S.L. Williamson Co., Inc. 1230 River Road Charlottesville, VA 22902 | Elisabeth Manuel (434) 293-1207 bmanuel@smithbain.com & ar@slwilliamson.com | Construction Dispute | D | | | $879,778.28 |
| 2 | FORTILINE Waterworks P.O. Box 744053 Atlanta, GA 30384-4053 | Daniel Jasinski (804) 743-1980 daniel.jasinski@fortiline.com | Construction Dispute | D | | | $842,411.89 |
| 3 | Shenandoah Valley Landscaping 194 Lee Highway Verona, VA 24482 | (540) 255-9427 jjasvl@shenvalinc.com | Construction Dispute | D | | | $568,159.00 |
| 4 | Fluvanna County 414 East Jefferson St. Charlottesville, VA 22902 | Kristina M. Hofmann, Esq. (434) 977-4507 khofmann@fluvannacounty.org | Construction Dispute | D | | | $563,000.00 |
| 5 | LUCK STONE P.O. Box 22696 New York, NY 10087 | (888) 909-5825 cslayer@luckcompanies.com | Trade Debt | D | | | $310,755.28 |
| 6 | Batson-Cook Construction 1900 South Blvd., Ste. 300 Charlotte, NC 28203 | David Hamilton (704) 790-4040 dhamilton@batson-cook.com | Construction Dispute | D | | | $250,000.00 |
| 7 | TIGER FUEL COMPANY P.O. Box 1607 Charlottesville, VA 22902 | Jill Strain (434) 293-6157 taylorca@tigerfuel.com | Trade Debt | D | | | $176,630.63 |
| 8 | WILSON READY MIX LLC P.O. Box 1347 Harrisonburg, VA 22803 | Mark Wilson (434) 977-2800 mark.wilson@conmatgroup.com | Trade Debt | D | | | $145,157.47 |

Debtor   A.G. Dillard, Inc.
_____
Name

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Adams Construction Co.  P.O. Box 12627  Roanoke, VA 24027 | Justin E. Simmons, Esq.  (540) 983-7795  jsimmons@woodsrogers.com  & ryork@adamspaving.com | Trade Debt | D | | | $123,555.46 |
| 10 | COUNTY OF FLUVANNA  P.O. Box 299  Palmyra, VA 22969 | Linda H. Lenherr  (434) 591-1945  llenherr@fluvannacounty.org | Property Tax | D | | | $115,707.83 |
| 11 | ALLIED CONCRETE CO.  P.O. Box 1647  Charlottesville, VA 22902 | (434) 296-7181  dshifflett@alliedconcrete.com | Trade Debt | D | | | $103,245.84 |
| 12 | CARTER MACHINERY CO.  P.O. Box 3096  Salem, VA 24153 | Donna Ashbrook  (800) 768-4200  donna.ashbrook@cartermachinery.com | Trade Debt | D | | | $85,264.30 |
| 13 | BOXLEY MATERIALS CO.  P.O. Box 745855  Atlanta, GA 30374 | Lynn Britton  (540) 777-7644  lynn.britton@boxley.com | Trade Debt | D | | | $76,698.13 |
| 14 | Preddy Gables, LLC  5924 Fried Farm Rd.  Crozet, VA 22932 | James Walker, Esq.  (804) 403-7123  JWalker@ohaganmeyer.com | Construction Dispute | D | | | $47,787.82 |
| 15 | WINCHESTER BUILDING SUPPLY/Winchester Precast  P.O. Box 1391  Indiana, PA 15701 | (540) 667-2301  laurnp@wbswinchester.com | Trade Debt | D | | | $44,083.05 |
| 16 | MERIDIAN PLANNING GROUP, LLC  440 Premier Circle, Ste. 200  Charlottesvile, VA 22901 | (434) 882-0121  tmiller@meridianwbe.com | Trade Debt | D | | | $38,565.00 |
| 17 | FERGUSON ENTERPRISES, INC.  505 Garrett St.  Charlottesville, VA 22901 | Brittany Miller  (434) 971-7000  brittany.miller@ferguson.com | Trade Debt | D | | | $32,091.90 |
| 18 | BOXLEY READY MIX, LLC  3830B Blue Ridge Dr. SW  Roanoke, VA 24018 | (540) 977-6091  mdillon@boxleyreadymix.com | Trade Debt | D | | | $28,431.01 |
| 19 | AWP, Inc. d/b/a Area Wide Protective  P.O. Box 636219  Cincinnati, OH 45263 | (410) 426-4004  mhunt@awptraffic.com | Trade Debt | D | | | $25,925.86 |
| 20 | PERFORMANCE SIGNS, LLC  18 Commerce Drive  Ruckersville, VA 22968 | (434) 985-7446  melissa@performancesigns.com | Trade Debt | D | | | $25,800.00 |