## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

| | |
|---|---|
| In Re: | ) Chapter 11 |
| | ) |
| A.G. DILLARD, INC., | ) Case No. 22-60115 |
| | ) |
| Debtor. | ) |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure that the undersigned counsel hereby appears in this case as attorney for Wilson Ready Mix, LLC, and requests that all notices given or required to be given and all papers served in this case also be delivered to and served upon the following persons at the listed address:

> David Cox
> Cox Law Group, PLLC
> 900 Lakeside Drive
> Lynchburg, VA 24501
> Telephone (434) 845-2600
> Facsimile (434) 845-3838
> david@coxlawgroup.com

The foregoing request includes, not only notices and papers referred to in Fed. R. Civ. P. 2002, but also includes, without limitation, all orders, pleadings, motions, notices, applications, complaints, demands, hearings, requests or petitions, plans, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral,

1

and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or by other means.

/s/ David Cox_____
David Cox (VSB #38670)
Cox Law Group, PLLC
900 Lakeside Drive
Lynchburg, VA 24501
Telephone: (434)845-2600
Facsimile: (434)845-0727
david@coxlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on the February 117, 2022, the foregoing was filed electronically with the U.S. Bankruptcy Court and was served on those parties who are CM/ECF participants.

/s/ David Cox____
David Cox