Michael E. Hastings (VSB No. 36090)
mhastings@woodsrogers.com
Justin E. Simmons (VSB No. 77319)
jsimmons@woodsrogers.com
WOODS ROGERS PLC
10 S. Jefferson Street, Suite 1800
Roanoke, Virginia 24011
T: (540) 983-7600
F: (540) 983-7711

*Counsel for Adams Construction Company*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| | |
|---|---|
| **In re:** ) | |
| ) | **Chapter 11** |
| **A.G. Dillard, Inc.,** ) | **Case No. 22-60115-RBC** |
| ) | |
| **Debtor.**[1] ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the below attorneys with the law firm Woods Rogers PLC hereby note their appearance as counsel for Adams Construction Company under Federal Rule of Bankruptcy Procedure 9010. The undersigned counsel requests that copies of all notices, pleadings, and papers given or filed in the above-captioned chapter 11 case and any related adversary proceeding(s) be given and served upon the following:

> Michael E. Hastings
> mhastings@woodsrogers.com
> Justin E. Simmons
> jsimmons@woodsrogers.com
> WOODS ROGERS PLC
> 10 S. Jefferson Street, Suite 1800
> Roanoke, Virginia 24011

This notice of appearance and request for service of papers shall not be deemed or construed to be a waiver of Adams' or any other party's rights under applicable law, including,

---

[1] The principal address of the Debtor as of the petition date was 295 Memory Lane, Troy, Virginia 22974, and the last four digits of the Debtor's federal tax identification number are 2048.

but not limited to: (1) the right to have final orders in non-core or *Stern* matters entered only after the district court reviews such orders *de novo*; (2) the right to a jury trial in any proceeding so triable in this case or any other case, controversy, or proceeding related to this case; (3) the right to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and (4) any other rights, claims, actions, setoffs, or recoupments to which Adams is or may be entitled, all of which are hereby expressly reserved.

| | |
|---|---|
| Dated: February 17, 2022<br>Roanoke, Virginia | Respectfully submitted,<br><br>/s/Justin E. Simmons<br>Michael E. Hastings (VSB No. 36090)<br>mhastings@woodsrogers.com<br>Justin E. Simmons (VSB No. 77319)<br>jsimmons@woodsrogers.com<br>WOODS ROGERS PLC<br>10 S. Jefferson Street, Suite 1800<br>Roanoke, Virginia 24011<br>T: (540) 983-7600<br>F: (540) 983-7711<br><br>*Counsel for Adams Construction Company* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of February 2022, a true and correct copy of the foregoing was sent electronically to all parties receiving service via CM/ECF in the above-captioned matter.

/s/Justin E. Simmons

3