# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

|  |  |
|---|---|
| IN RE: ) | Chapter 11 |
| ) |  |
| A.G. DILLARD, INC. ) | Case No. 22-60115 |
| ) |  |
| Debtor. ) |  |
| ) |  |

## APPOINTMENT OF UNSECURED CREDITORS COMMITTEE

A petition in the above case has been filed under chapter 11 of the bankruptcy code and an order for relief has been entered. Pursuant to 11 U.S.C. § 1102, the following creditors are hereby appointed by the United States Trustee to serve on the Unsecured Creditors Committee:

| Tiger Fuel Company<br>Attn: Frank Durso<br>dursof@tigerfuel.com<br>200 Carlton Road<br>Charlottesville, Virginia 22902 | S.L. Williamson Co., Inc.<br>Attn: Blair Williamson<br>blair@slwilliamson.com<br>1230 River Road<br>Charlottesville, Virginia 22901 |
|---|---|

Date: February 23, 2022

JOHN P. FITZGERALD, III
Acting United States Trustee for Region 4

By: /s/ B. Webb King

B. Webb King (VSB #47044)
Trial Attorney
Office of the U.S. Trustee
210 First Street, Suite 505
Roanoke, VA 24011
Tel 540-857-2806
Webb.King@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that I caused true copies of the foregoing Statement to be emailed to any party in interest that responded to the solicitation to form a committee and, on this same date, I caused this Statement to be electronically filed with the United States Bankruptcy Court for the Western District of Virginia which should have caused electronic notifications of filing to be served on all registered users of the CM/ECF system that have appeared in this case.

Date: February 23, 2022

By: /s/B. Webb King