# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Chapter 11** |
| **A.G. Dillard, Inc.,** | ) | **Case No. 22-60115-RBC** |
| | ) | |
| Debtor. | ) | |
| | ) | |
| **1st Source Bank,** | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **A.G. Dillard, Inc.,** | ) | |
| | ) | |
| Respondent. | ) | |

## NOTICE OF HEARING ON 1ST SOURCE BANK'S MOTION FOR RELIEF FROM AUTOMATIC STAY OR, IN THE ALTEERNATIVE, FOR ADEQUATE PROTECTION

**PLEASE TAKE NOTICE** that on February 25, 2022, 1st Source Bank, a creditor in the above-referenced case, by counsel, filed with the United States Bankruptcy Court for the Western District of Virginia, Lynchburg Division (the "**Court**") its Motion for Relief from Automatic Stay or, on the Alternative, for Adequate Protection (the "**Motion**") [Dkt. No. 50]. A hearing on the Motion will be held on **APRIL 7, 2022, at 10:30 a.m.** via Zoom. All interested parties may access the hearing by using the following URL: https://vawb-uscourts-gov.zoomgov.com/j/1603692643. Alternatively, parties may log in to their Zoom account and join the meeting using Meeting ID number 160 369 2643.

Michael E. Hastings, Esq. (VSB No. 36090)
Timothy J. Lovett, Esq. (VSB No. 97438)
Woods Rogers PLC
10 S. Jefferson Street, Suite 1800
Roanoke, Virginia 24011
Phone: (540) 983-7568
Fax: (540) 983-7711
mhastings@woodsrogers.com
tlovett@woodsrogers.com

*Counsel for 1st Source Bank*

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected. You should read the Motion carefully and discuss it with your attorney, if you have one in the chapter 11 case. (If you do not have an attorney, you may wish to consult one.)

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested in the Motion, or if you want the Court to consider your views on the Motion, then you or your attorney must:

1. File with the Court at the address shown below a written objection. You must mail or otherwise file your objection early enough so the Court will receive it on or before **March 31, 2022**:

   Clerk of the Court
   United States Bankruptcy Court
   1101 Court St., Room 166
   Lynchburg, Virginia 24504

2. Serve your written response on counsel for 1st Source Bank at the address shown below. You must serve the written objection early enough so that 1st Source Bank will receive it on or before **March 31, 2022**:

   Woods Rogers PLC
   Attn: Michael E. Hastings
   10 S. Jefferson Street, Suite 1800
   Roanoke, Virginia 24011

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested in the Motion.

Date: February 25, 2022                    Respectfully submitted,

                                           1ST SOURCE BANK

                                           By: /s/ *Michael E. Hastings*

Michael E. Hastings (Virginia Bar No. 36090)
Timothy J. Lovett (Virginia Bar No. 97438)
WOODS ROGERS PLC
10 S. Jefferson Street, Suite 1800
Roanoke, Virginia  24011
T:  (540) 983-7568
F:  (540) 983-7711
mhastings@woodsrogers.com
tlovett@woodsrogers.com

*Counsel for Movant*

# CERTIFICATE OF SERVICE

     I hereby certify that on this 25th day of February 2022, a true and correct copy of the foregoing was sent electronically to the Office of the United States Trustee, Counsel for the Debtor, and to Official Committee of Unsecured Creditors, and to any party receiving ECF Notices in these cases.

                                          /s/ Michael E. Hastings
                                          Michael E. Hastings (Virginia Bar No. 36090)
                                          WOODS ROGERS PLC
                                          10 S. Jefferson Street, Suite 1800
                                          Roanoke, Virginia  24011
                                          T:  (540) 983-7568
                                          F:  (540) 983-7711
                                          mhastings@woodsrogers.com