UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| A.G. Dillard, INC., | ) | Case No. 22-60115-RBC |
| | ) | |
| Debtor. | ) | |

**NOTICE OF APPEARANCE PURSUANT TO**
**BANKRUPTCY RULE 9010 AND REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE** that the undersigned counsel enters her appearance pursuant to 11 U.S.C. § 1109(b), Fed. R. Bank. P. 9010, and Local Bankruptcy Rule 9010-1 on behalf of Atlantic Union Equipment Finance, Inc., and requests that copies of all notices, pleadings, and papers filed in this case be served on the following via mail, hand delivery, electronically, or other appropriate means at the address indicated below:

    Corey S. Booker (Va. State Bar No. 73419)
    ATLANTIC UNION BANK
    1051 East Cary Street, Suite 1200
    Richmond, Virginia 23219
    Telephone:    804.327.7592
    E-mail:    Corey.Booker@Atlanticunionbank.com

Corey S. Booker (Va. State Bar No. 73419)
Atlantic Union Bank
1051 East Cary Street, Suite 1200
Richmond, Virginia 23219
Telephone:    804.327.7592
E-mail:    Corey.Booker@Atlanticunionbank.com

*Counsel for Atlantic Union Equipment Finance, Inc.*

               ATLANTIC UNION EQUIPMENT FINANCE, INC.

               /s/ Corey S. Booker
                     Counsel

Corey S. Booker (Va. Bar No. 43719)
ATLANTIC UNION BANK
1051 East Cary Street, Suite 1200
Richmond, VA 23219
(804) 327-7592
Corey.Booker@atlanticunionbank.com

*Counsel for Atlantic Union Equipment Finance, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that on March 3, 2022, I filed the foregoing *Notice of Appearance Pursuant to Bankruptcy Rule 9019 and Request for Service* with the Court using the Court's CM/ECF electronic filing system, causing a copy thereof to be served electronically upon counsel for the for the Debtor.

               /s/ Corey S. Booker