**Fill in this information to identify the case:**

Debtor name **A.G. Dillard, Inc**

United States Bankruptcy Court for the: WESTERN DISTRICT OF VIRGINIA

Case number (if known) **22-60115-RBC**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 2. | **Cash on hand** | | **$0.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **The Bank of the James** | **Checking** | 1393 | **$143,221.00** |
| 3.2. | **Blue Ridge Bank** | **Checking** | 2000 | **$961.00** |

4. **Other cash equivalents** *(Identify all)*

| | | | |
| --- | --- | --- | --- |
| 4.1. | **Money Market at Blue Ridge Bank** | | **$144.00** |

| 5. | **Total of Part 1.** | **$144,326.00** |
| --- | --- | --- |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **A.G. Dillard, Inc** | | Case number *(If known)* | **22-60115-RBC** |
|---|---|---|---|---|
| | Name | | | |

| 7.1. | **Professional Retainer on file (Hirschler)** | **$2,000.00** |
|---|---|---|

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **Project Cash Bond (REF: Presidio Apts - Breeden Construction, Inc.)** | **$500,000.00** |
|---|---|---|

**9.** **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$502,000.00

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.** **Accounts receivable**

11a. 90 days old or less:

| **1,842,648.00** | - | **307,108.00** | = .... | **$1,535,540.00** |
|---|---|---|---|---|
| face amount | | doubtful or uncollectible accounts | | |

11b. Over 90 days old:

| **4,571,974.00** | - | **1,523,991.00** | =.... | **$3,047,983.00** |
|---|---|---|---|---|
| face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$4,583,523.00

### Part 4:    Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

### Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

| Debtor | **A.G. Dillard, Inc** | Case number *(If known)* **22-60115-RBC** |
| --- | --- | --- |
| | Name | |

■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 39. | **Office furniture** **Desks, Chairs, Filing Cabinets, etc.** | **$0.00** | **N/A** | **$0.00** |
| 40. | **Office fixtures** **Miscellaneous** | **$79,967.00** | **N/A** | **$79,967.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Computers, etc.** | **$18,776.00** | **N/A** | **$18,776.00** |
| 42. | Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | **$98,743.00** |
| --- | --- | --- |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **CAT 1971 941Loader - 80H2590** | **$0.00** | **Liquidation** | **$0.00** |
| 47.2. | **Ford 1988 545A Tractor - C779427** | **$0.00** | **Liquidation** | **$0.00** |
| 47.3. | **CAT 1988 120G Motorgrader - 87V08774** | **$0.00** | **Liquidation** | **$0.00** |
| 47.4. | **CASE 1992 W602PD Vib. SF Compactor - 840059120 (No Good)** | **$0.00** | **Liquidation** | **$0.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **A.G. Dillard, Inc** | | Case number *(If known)* **22-60115-RBC** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 47.5. | **CASE 1992 860 Turbo Trencher - JAF0105070** | $0.00 | Liquidation | $0.00 |
| 47.6. | **MORBARK 1993 FOR950 Stump Splitter - 023 054** | $0.00 | Liquidation | $0.00 |
| 47.7. | **CASE 1995 580L 4WD Backhoe - JJG0200413** | $0.00 | Liquidation | $0.00 |
| 47.8. | **CAT 1998 V80E Fork Lift - 77X2150** | $0.00 | Liquidation | $0.00 |
| 47.9. | **VIPER 1999 Screening Plant - V66021** | $0.00 | Liquidation | $0.00 |
| 47.10. | **BLAWKNOX 2002 95XT - PF545017793** | $0.00 | Liquidation | $0.00 |
| 47.11. | **INGERSOLL-RAND 2002 950G Asphalt Compactor - 170494** | $0.00 | Liquidation | $0.00 |
| 47.12. | **CAT 2000 CP563D Vib. SF Compactor - 9ZW00325** | $0.00 | Liquidation | $29,000.00 |
| 47.13. | **CAT 2003 262 TURBO Skid Steer - CED01874** | $0.00 | Liquidation | $0.00 |
| 47.14. | **CAT 2004 268B HF Skid Steer - LBA00460** | $0.00 | Liquidation | $0.00 |
| 47.15. | **WACKER 2004 RT82-SC2 Trench Compactor - 540824** | $0.00 | Liquidation | $0.00 |
| 47.16. | **BLAWKNOX 2006 PF875 Asphalt Paver - 120041CLM** | $0.00 | Liquidation | $0.00 |
| 47.17. | **INGERSOLL-RAND 2006 DD10S Asphalt Compactor - O10001** | $0.00 | Liquidation | $0.00 |
| 47.18. | **GOMACO 2004 GT6200 Slip Form Paver - 903300-104** | $0.00 | Liquidation | $0.00 |
| 47.19. | **CAT 2004 268B HF Skid Steer - LBA00455** | $0.00 | Liquidation | $0.00 |
| 47.20. | **CAT 2005 CB224E Asphalt Roller - 22401161** | $0.00 | Liquidation | $8,700.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | A.G. Dillard, Inc | | Case number *(If known)* | 22-60115-RBC |
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 47.21. | GOS for grading TSC3WSCS 900 - RSOPC12150 | $0.00 | Liquidation | $0.00 |
| 47.22. | CAT 2007 D3GXL Dozer - OJMH02721 | $0.00 | Liquidation | $22,000.00 |
| 47.23. | NEW HOLLAND 2006 TL90 Tractor - HJS044086 | $0.00 | Liquidation | $0.00 |
| 47.24. | WACKER 2009 RT82-SC2 Trench Compactor - 5872930 (No Good) | $0.00 | Liquidation | $3,900.00 |
| 47.25. | CAT 2010 P120 Pulverizer - AEK00238 | $0.00 | Liquidation | $0.00 |
| 47.26. | CAT 2006 Roller CS433E - OASR00757 | $0.00 | Liquidation | $39,000.00 |
| 47.27. | CAT 2007 D6 Dozer D6TXL AC - OLAY00595 | $0.00 | Liquidation | $89,000.00 |
| 47.28. | CAT 1974 Roller Comp 815 - 091P00710 | $0.00 | Liquidation | $28,000.00 |
| 47.29. | Air Burner S327 - S27FBN12461 | $0.00 | Liquidation | $0.00 |
| 47.30. | Wacker 2014 RTX-SC2 - 20211175 | $0.00 | Liquidation | $5,000.00 |
| 47.31. | CAT 2015 420FIT ACM Backhoe - OJWJ03115 | $0.00 | Liquidation | $57,000.00 |
| 47.32. | CAT 2015 Boom Lift z45/25jrt - Z34N10-9052 (Not Here) | $0.00 | Liquidation | $0.00 |
| 47.33. | UTV 2017 Sidebyside Can-Am - 3JBILAN49HK000 | $0.00 | Liquidation | $0.00 |
| 47.34. | CAT 2017 Skid Steer 299D2 - FD201705 | $0.00 | Liquidation | $33,000.00 |
| 47.35. | CAT 2017 Dozer D6KLGP - JTR00893 | $0.00 | Liquidation | $101,000.00 |
| 47.36. | Genesis Lift | $0.00 | Liquidation | $20,000.00 |
| 47.37. | CAT 2013 Hyd Excavator 320elrr cf - OTFX00767 | $0.00 | Liquidation | $56,000.00 |

Debtor  **A.G. Dillard, Inc**
Name

Case number *(If known)*  **22-60115-RBC**

| | | | | |
|---|---|---|---|---|
| 47.38. | **Wacker 2018 Roller RTLX-SC3 - 24420762** | $0.00 | Liquidation | $7,500.00 |
| 47.39. | **Wacker 2018 Roller RTLX-SC3 - 24421711** | $0.00 | Liquidation | $7,500.00 |
| 47.40. | **GOMACO 2018 Curbing Machine GT-3300 - 903100-357/3300** | $0.00 | Liquidation | $195,000.00 |
| 47.41. | **CAT 2018 Skid Steer 299d2 - FD203778** | $0.00 | Liquidation | $49,000.00 |
| 47.42. | **CAT 2018 D8 Dozer D8T CGC - FMC01568** | $0.00 | Liquidation | $375,000.00 |
| 47.43. | **CAT 2017 Roller CP44B - 4P400246** | $0.00 | Liquidation | $73,000.00 |
| 47.44. | **CAT 2018 excavator 349F - OBZ220365** | $0.00 | Liquidation | $220,000.00 |
| 47.45. | **CAT 2018 D6 D6K2 - CAT00D6KTEL700** | $0.00 | Liquidation | $105,000.00 |
| 47.46. | **CAT 2019 Skid Steer 299D2 - FD204709** | $0.00 | Liquidation | $46,000.00 |
| 47.47. | **CAT 2018 336F - CAT0336FKRKB21** | $0.00 | Liquidation | $155,000.00 |
| 47.48. | **CAT 2018 Skid Steer 299D2 - CAT0299DTFD204** | $0.00 | Liquidation | $41,000.00 |
| 47.49. | **CAT 2018 Excavator 335 - CAT0335FCSGJ20** | $0.00 | Liquidation | $150,000.00 |
| 47.50. | **CAT RPO 2018 Excavator 308E 2CR - FJX13358** | $0.00 | Liquidation | $55,000.00 |
| 47.51. | **CAT 1999 Forklift V80E - 77X1883** | $0.00 | Liquidation | $0.00 |
| 47.52. | **CAT PRO 2018 Trackhoe 323 - RAZ01425** | $0.00 | Liquidation | $114,000.00 |
| 47.53. | **CAT 2019 Roller cp56b - BLP5600617** | $0.00 | Liquidation | $109,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **A.G. Dillard, Inc**                                    Case number *(If known)*  **22-60115-RBC**
           <sub>Name</sub>

| 47.54 | **CAT 2018 Loader 950GC - JM5T01228** | $0.00 | Liquidation | $125,000.00 |
| 47.55 | **FINN 1998 T-90-III TM Hydro Seeder - T907OROA228A** | $0.00 | Liquidation | $0.00 |
| 47.56 | **REINCO 2001 Straw Blower - 7974** | $0.00 | Liquidation | $0.00 |
| 47.57 | **Camera (Not Used)** | $0.00 | Liquidation | $0.00 |
| 47.58 | **Camera PowerMole P350** | $0.00 | Liquidation | $0.00 |
| 47.59 | **Wacker 2019 Trench Roll RTLX-SC3 - 24475012** | $0.00 | Liquidation | $11,600.00 |
| 47.60 | **Wacker 2019 Trench Roller RTLX-SC-3 - 24475022** | $0.00 | Liquidation | $9,500.00 |
| 47.61 | **Wacker 2018 Trench Roller RTXL-SC3 - 24462982** | $0.00 | Liquidation | $10,200.00 |
| 47.62 | **CAT 2019 Excavator 323 - RAZ10324** | $0.00 | Liquidation | $145,000.00 |
| 47.63 | **CAT 2019 Skid Steer 299D2 - CAT0299DCFD206** | $0.00 | Liquidation | $46,000.00 |
| 47.64 | **CAT 2019 Mini 305E2ACL - H5M09850** | $0.00 | Liquidation | $44,000.00 |
| 47.65 | **CAT 2019 Skid Steer 299D2 - FD206083** | $0.00 | Liquidation | $46,000.00 |
| 47.66 | **New Holland Tractor TX45DA - ZyDB13354** | $0.00 | Liquidation | $0.00 |
| 47.67 | **CAN AM 2019 Sidebyside - 3JBUKAP48KK000** | $0.00 | Liquidation | $0.00 |
| 47.68 | **CAT RPO 2019 Excavator 336 - 0DKS01790** | $0.00 | Liquidation | $163,000.00 |
| 47.69 | **CAT 2019 Mini 305E2 ACL - 0H5M09505** | $0.00 | Liquidation | $41,000.00 |
| 47.70 | **CAT RPO 2019 Loader 918M - 0H2600181** | $0.00 | Liquidation | $77,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **A.G. Dillard, Inc** | Case number *(If known)* **22-60115-RBC** | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 47.71. | **CAT RPO 2018 Dozer D6T XL - CNDY00390** | $0.00 | Liquidation | $235,000.00 |
| 47.72. | **CAT Dozer 2019 D3K2 XL - KEKF207230** | $0.00 | Liquidation | $59,000.00 |
| 47.73. | **CAT RPO 2020 325FCR CR - ONDJ21362** | $0.00 | Liquidation | $155,000.00 |
| 47.74. | **CAT RPO 2020 306 - O6G600642** | $0.00 | Liquidation | $46,000.00 |
| 47.75. | **CAT RPO 2019 336VT - 0DKS02172** | $0.00 | Liquidation | $170,000.00 |
| 47.76. | **CAT RPO 2019 Wheel Loader 926M - OLTE06973** | $0.00 | Liquidation | $95,000.00 |
| 47.77. | **CAT RPO 2020 Mini 305E 2 - H5M12524** | $0.00 | Liquidation | $43,000.00 |
| 47.78. | **CAT RPO 2020 Trench Roller RTLX-SC3 - 24518977** | $0.00 | Liquidation | $12,100.00 |
| 47.79. | **WackerPRO 2019 Trench Roller - 24491468** | $0.00 | Liquidation | $12,900.00 |
| 47.80. | **CAT RPO 2009 Roller CS56 - OC5S00662** | $0.00 | Liquidation | $36,000.00 |
| 47.81. | **CAT RPO 2020 Mini 306-07CR - 6G601401** | $0.00 | Liquidation | $52,000.00 |
| 47.82. | **CAT RPO 2021 Excavator 310 - CGWT01376** | $0.00 | Liquidation | $95,000.00 |
| 47.83. | **CAT 2003 Ex Trackhoe 314C** | $0.00 | Liquidation | $0.00 |
| 47.84. | **CAT 2007 Ex Trackhoe 314C** | $0.00 | Liquidation | $31,000.00 |
| 47.85. | **CAT 2015 Skid Steer 259D** | $0.00 | Liquidation | $23,000.00 |
| 47.86. | **CAT 2014 Skid Steer 259D** | $0.00 | Liquidation | $22,000.00 |
| 47.87. | **CAT 2013 Trackloader 953D** | $0.00 | Liquidation | $80,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **A.G. Dillard, Inc** | | Case number *(If known)* **22-60115-RBC** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 47.88. | **Kubota 2006 Mini Excavator U35-4** | $0.00 | Liquidation | $23,000.00 |
| 47.89. | **Kubota 2005 Mini Excavator KX161-3SS** | $0.00 | Liquidation | $0.00 |
| 47.90. | **John Deere 1999 Backhoe 310SE** | $0.00 | Liquidation | $0.00 |
| 47.91. | **CAT 2016 Mini Excavator** | $0.00 | Liquidation | $36,000.00 |
| 47.92. | **FORD** | $0.00 | Liquidation | $9,500.00 |
| 47.93. | **Utility** | $0.00 | Liquidation | $550.00 |
| 47.94. | **Featherlite** | $0.00 | Liquidation | $900.00 |
| 47.95. | **PITTS** | $0.00 | Liquidation | $6,500.00 |
| 47.96. | **Chevrolet** | $0.00 | Liquidation | $1,000.00 |
| 47.97. | **MACK** | $0.00 | Liquidation | $22,500.00 |
| 47.98. | **Progress** | $0.00 | Liquidation | $3,500.00 |
| 47.99. | **Chevrolet** | $0.00 | Liquidation | $2,700.00 |
| 47.100. | **Chevrolet** | $0.00 | Liquidation | $5,000.00 |
| 47.101. | **Chevrolet** | $0.00 | Liquidation | $3,200.00 |
| 47.102. | **Carry-on** | $0.00 | Liquidation | $800.00 |
| 47.103. | **Better Built** | $0.00 | Liquidation | $1,600.00 |
| 47.104. | **Better Built** | $0.00 | Liquidation | $1,400.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | A.G. Dillard, Inc | | Case number *(If known)* **22-60115-RBC** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 47.105. | **Carolina** | $0.00 | **Liquidation** | $900.00 |
| 47.106. | **Millenium** | $0.00 | **Liquidation** | $1,600.00 |
| 47.107. | **Better Built** | $0.00 | **Liquidation** | $1,400.00 |
| 47.108. | **Sundowner 2005 20' Horse Trailer - 13SAX282651AA6489** | $0.00 | **Liquidation** | $4,800.00 |
| 47.109. | **Chevrolet 2007 1500 4WD Silverado P/U - 1GCEK19037Z519929** | $0.00 | **Liquidation** | $6,000.00 |
| 47.110. | **Chevrolet 2008 2500 Silverado P/U 3/4 Ext Cab 4WD - 1GCHK29K48E111310** | $0.00 | **Liquidation** | $7,000.00 |
| 47.111. | **Chevrolet 2008 1500 Silverado 4WD Pickup - 1GCEK14068E101252** | $0.00 | **Liquidation** | $6,800.00 |
| 47.112. | **See Appraisal** | $0.00 | **Liquidation** | $7,200.00 |
| 47.113. | **International 2004 440 Flatbed Truck - 1HTMKAAN74H671428** | $0.00 | **Liquidation** | $8,700.00 |
| 47.114. | **Carry-On 2008 Trailer - 4YMUL12128V169338** | $0.00 | **Liquidation** | $900.00 |
| 47.115. | **King American 2011 Trailer - 517BE1215BD007016** | $0.00 | **Liquidation** | $1,000.00 |
| 47.116. | **Freedom 2013 Trailer - 5WKBE1215D101748** | $0.00 | **Liquidation** | $1,000.00 |
| 47.117. | **GMC 2013 3500HD Service Truck - 1GD312CG8DF118133** | $0.00 | **Liquidation** | $10,400.00 |
| 47.118. | **GMC 2014 Sierra 350 Flat Bed Fuel - 1GD322CG3EF102078** | $0.00 | **Liquidation** | $14,300.00 |
| 47.119. | **GMC 2015 2500 HD - 1ST22XEG4FZ134662** | $0.00 | **Liquidation** | $15,200.00 |
| 47.120. | **GMC 2015 2500HD - 1ST22XEG4FZ135570** | $0.00 | **Liquidation** | $16,600.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **A.G. Dillard, Inc**
Name    Case number *(If known)* **22-60115-RBC**

| | | | |
|---|---|---|---|
| 47.12 1. | **Freedom 2015 Trailer - 5WKBE1629F1028384** | $0.00 | Liquidation | $2,000.00 |
| 47.12 2. | **Freedom 2015 Trailer - 5WKBE1626F1031243** | $0.00 | Liquidation | $2,000.00 |
| 47.12 3. | **Better Built 2016 Trailer - 4MNDB2022G1000124** | $0.00 | Liquidation | $1,600.00 |
| 47.12 4. | **Freedom 2016 Trailer - 5WKBE1629G1036115** | $0.00 | Liquidation | $2,300.00 |
| 47.12 5. | **Kenworth 2015 Tractor - 1xkptx8fj469476** | $0.00 | Liquidation | $67,000.00 |
| 47.12 6. | **Kaufman 2016 Trailer - 5VGFR433XGL003835** | $0.00 | Liquidation | $31,000.00 |
| 47.12 7. | **MACK 1994 Dump Truck - 1M2P264C2RM014578** | $0.00 | Liquidation | $13,000.00 |
| 47.12 8. | **MACK 1994 Dump Truck - 1M2P264C4RM014579** | $0.00 | Liquidation | $13,000.00 |
| 47.12 9. | **MACK 1994 Dump Truck - 1M2P264C0RM014580** | $0.00 | Liquidation | $13,000.00 |
| 47.13 0. | **MACK 2000 RD688S TA Dump Truck - 1M2P267C9YM054831** | $0.00 | Liquidation | $15,500.00 |
| 47.13 1. | **MACK 2003 CV713 TA Dump Truck - 1M2AG11C23M002243** | $0.00 | Liquidation | $27,000.00 |
| 47.13 2. | **MACK 2003 CV713 TA Dump Truck - 1M2AG11C03M002242** | $0.00 | Liquidation | $27,000.00 |
| 47.13 3. | **MACK 2007 CV713 TA Dump Truck - 1M2AG11C77M060547** | $0.00 | Liquidation | $36,000.00 |
| 47.13 4. | **MACK 2007 CV713 TA Dump Truck - 1M2AG11C97M060548** | $0.00 | Liquidation | $34,000.00 |
| 47.13 5. | **Ford 2006 F650 Dump Truck - 3frmf65s28v251971** | $0.00 | Liquidation | $16,000.00 |
| 47.13 6. | **See Appraisal** | $0.00 | Liquidation | $95,000.00 |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **A.G. Dillard, Inc**                                      Case number *(If known)*  **22-60115-RBC**
　　　　　Name

| | | | | |
|---|---|---|---|---|
| 47.13 7. | **GMC 2016 Sierra Pickup - 3GTU2MEC5GG242584** | $0.00 | Liquidation | $30,000.00 |
| 47.13 8. | **GMC 2016 Sierra Pickup 4X4 - 1GTV2LEC4GZ286204** | $0.00 | Liquidation | $18,700.00 |
| 47.13 9. | **GMC 2016 Sierra Pickup - 3GTP1LEH1GG108600** | $0.00 | Liquidation | $16,800.00 |
| 47.14 0. | **GMC 2016 Sierra Pickup 4X4 - 1GTV2LEC6GZ266018** | $0.00 | Liquidation | $19,500.00 |
| 47.14 1. | **GMC 2016 Sierra Pickup 4X4 - 1GTV2LEC8GZ302503** | $0.00 | Liquidation | $21,900.00 |
| 47.14 2. | **GMC 2016 Sierra Pickup - 1ST12REG2GF153771** | $0.00 | Liquidation | $34,500.00 |
| 47.14 3. | **Toyota 2017 Prius - JTDKBRFU4H3552421** | $0.00 | Liquidation | $0.00 |
| 47.14 4. | **GMC 2018 Sierra 2500 Pickup - 1GT12REG5JF168398** | $0.00 | Liquidation | $31,800.00 |
| 47.14 5. | **GMC 2018 Sierra 3500 Pickup - 1GT42XCY3JF100954** | $0.00 | Liquidation | $64,200.00 |
| 47.14 6. | **GMC 2018 Pickup - 1GT12TEG4JF196691** | $0.00 | Liquidation | $28,000.00 |
| 47.14 7. | **GMC 2018 Terrian - 3GKALVEX5JL295572** | $0.00 | Liquidation | $24,100.00 |
| 47.14 8. | **Nissan 2017 Rogue SUV - JN8AT2MV7HW284866** | $0.00 | Liquidation | $19,500.00 |
| 47.14 9. | **GMC 2018 2500HD - 1ST12TEG7JJF268158** | $0.00 | Liquidation | $38,300.00 |
| 47.15 0. | **GMC 2018 2500HD Pickup - 1ST12TEY2JF12413** | $0.00 | Liquidation | $50,400.00 |
| 47.15 1. | **GMC2018 2500HD - 1GT12TEY2JF254953** | $0.00 | Liquidation | $52,400.00 |
| 47.15 2. | **GMC 2019 Sierra - 2GT22NEGXK1147701** | $0.00 | Liquidation | $35,200.00 |

| Debtor | **A.G. Dillard, Inc** | | Case number *(If known)* | **22-60115-RBC** |
|--------|-----------------------|--|--------------------------|------------------|
| | Name | | | |

| | | | | |
|--|--|--|--|--|
| 47.153. | **GMC** | $0.00 | **Liquidation** | $34,400.00 |
| 47.154. | **GMC** | $0.00 | **Liquidation** | $57,800.00 |
| 47.155. | **Cadillac** | $0.00 | **Liquidation** | $63,500.00 |
| 47.156. | **Cadillac** | $0.00 | **Liquidation** | $42,200.00 |
| 47.157. | **GMC** | $0.00 | **Liquidation** | $45,100.00 |
| 47.158. | **GMC** | $0.00 | **Liquidation** | $60,900.00 |
| 47.159. | **GMC** | $0.00 | **Liquidation** | $45,600.00 |
| 47.160. | **GMC** | $0.00 | **Liquidation** | $50,700.00 |
| 47.161. | **Ford** | $0.00 | **Liquidation** | $24,600.00 |
| 47.162. | **Hyundai** | $0.00 | **Liquidation** | $6,800.00 |
| 47.163. | **GMC** | $0.00 | **Liquidation** | $65,800.00 |
| 47.164. | **JEEP** | $0.00 | **Liquidation** | $52,400.00 |
| 47.165. | **Freedom** | $0.00 | **Liquidation** | $1,700.00 |
| 47.166. | **Bix Tex** | $0.00 | **Liquidation** | $8,500.00 |
| 47.167. | **Freedom** | $0.00 | **Liquidation** | $16,500.00 |
| 47.168. | **ADAM** | $0.00 | **Liquidation** | $2,400.00 |
| 47.169. | **Freedom** | $0.00 | **Liquidation** | $3,200.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **A.G. Dillard, Inc** | | Case number *(If known)* **22-60115-RBC** | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 47.170. | **Freedom** | $0.00 | **Liquidation** | $3,200.00 |
| 47.171. | **Freedom** | $0.00 | **Liquidation** | $1,500.00 |
| 47.172. | **Freedom** | $0.00 | **Liquidation** | $1,500.00 |
| 47.173. | **Freedom** | $0.00 | **Liquidation** | $3,200.00 |
| 47.174. | **Freedom** | $0.00 | **Liquidation** | $3,200.00 |
| 47.175. | **Kaufman** | $0.00 | **Liquidation** | $29,000.00 |
| 47.176. | **Better Built** | $0.00 | **Liquidation** | $1,500.00 |
| 47.177. | **Freedom** | $0.00 | **Liquidation** | $3,400.00 |
| 47.178. | **Freedom** | $0.00 | **Liquidation** | $1,700.00 |
| 47.179. | **Freedom** | $0.00 | **Liquidation** | $1,700.00 |
| 47.180. | **Freedom** | $0.00 | **Liquidation** | $3,400.00 |
| 47.181. | **GMC 2016 Sierra Pickup 4x4 - 1GT12TEG7GF276642** | $0.00 | **Liquidation** | $30,100.00 |
| 47.182. | **GMC 2018 Sierra 2500 Pickup - 1GT12TEG3JF173886** | $0.00 | **Liquidation** | $29,600.00 |
| 47.183. | **2019 GMC - 2GT22NEGOK1157850** | $0.00 | **Liquidation** | $29,000.00 |
| 47.184. | **2019 GMC - 1GT12REY4KF235972** | $0.00 | **Liquidation** | $55,800.00 |
| 47.185. | **2020 GMC - 3GTU9BED6LG184391** | $0.00 | **Liquidation** | $42,200.00 |
| 47.186. | **2020 GMC - 3GTU9BEDOLG178988** | $0.00 | **Liquidation** | $39,300.00 |

| Debtor | **A.G. Dillard, Inc** | Case number *(If known)* | **22-60115-RBC** |
|---|---|---|---|
| | Name | | |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
$6,042,950.00

Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** **www.agdillard.com** | $0.00 | | $0.00 |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**
$0.00

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 15 |
|---|---|---|

| Debtor | **A.G. Dillard, Inc** | Case number *(If known)* | **22-60115-RBC** |
|---|---|---|---|
| | Name | | |

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**
Description (include name of obligor)

**Alan G. Dillard III (Insider)**   **439,709.00** - _____ **0.00** = **$439,709.00**
                                     Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**Employee Retention Credit (expected)**       Tax year **2020**       **$600,000.00**

**NOL in process, not available at time of submission**    Tax year **2021**    **$1.00**

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
**1) Potential claims, including but not limited to, lender liability claims against 1st Source; and 2) any other claim that may be revealed through discovery or otherwise.**       **$0.00**
Nature of claim
Amount requested       **$1.00**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**       **$1,039,710.00**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **A.G. Dillard, Inc**
Name

Case number *(If known)*  **22-60115-RBC**

---

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $144,326.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $502,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,583,523.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $98,743.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $6,042,950.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,039,710.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $12,411,252.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $12,411,252.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **A.G. Dillard, Inc**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF VIRGINIA

Case number (if known)   **22-60115-RBC**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                           12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **1st Source Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Kenworth 2019 T880 Dump Truck** | $162,533.00 | $138,153.00 |

**2.1** **1st Source Bank**
Creditor's Name

**P.O. Box 783**
**South Bend, IN 46624**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Kenworth 2019 T880 Dump Truck**

Describe the lien
**UCC-1 Financing Statement**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed

$162,533.00          $138,153.00

---

**2.2** **1st Source Bank**
Creditor's Name

**P.O. Box 783**
**South Bend, IN 46624**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Kenworth 2019 T370 Mech. Truck**

Describe the lien
**UCC-1 Financing Statement**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

$88,395.00          $75,136.00

---

Debtor   **A.G. Dillard, Inc**
_____
Name

Case number (if known)   **22-60115-RBC**
_____

■ No
☐ Yes. Specify each creditor,
including this creditor and its
relative priority.

☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.3 | **1st Source Bank** | Describe debtor's property that is subject to a lien | $61,499.00 | $52,274.00 |

Creditor's Name

**Kenworth 2018 T370 Lube Truck**

**P.O. Box 783
South Bend, IN 46624**
Creditor's mailing address

**Describe the lien
UCC-1 Financing Statement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.4 | **1st Source Bank** | Describe debtor's property that is subject to a lien | $100,824.00 | $85,700.00 |

Creditor's Name

**Kenworth 2020 T880 Dump Truck**

**P.O. Box 783
South Bend, IN 46624**
Creditor's mailing address

**Describe the lien
UCC-1 Financing Statement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.5 | **1st Source Bank** | Describe debtor's property that is subject to a lien | $105,738.00 | $89,877.00 |

Creditor's Name

**Kenworth 2020 T880 Dump Truck**

**P.O. Box 783
South Bend, IN 46624**
Creditor's mailing address

**Describe the lien
UCC-1 Financing Statement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor **A.G. Dillard, Inc**
Name

Case number (if known) **22-60115-RBC**

**Date debt was incurred**

**Last 4 digits of account number**

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

---

| 2.6 | **1st Source Bank** | Describe debtor's property that is subject to a lien | $103,027.00 | $87,573.00 |
|---|---|---|---|---|

Creditor's Name

**Kenworth 2020 T880 Dump Truck**

**P.O. Box 783**
**South Bend, IN 46624**

Creditor's mailing address

Describe the lien

**UCC-1 Financing Statement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

---

| 2.7 | **1st Source Bank** | Describe debtor's property that is subject to a lien | $53,819.00 | $45,746.00 |
|---|---|---|---|---|

Creditor's Name

**Kenworth 2020 T880 Dump Truck**

**P.O. Box 783**
**South Bend, IN 46624**

Creditor's mailing address

Describe the lien

**UCC-1 Financing Statement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

---

| 2.8 | **1st Source Bank** | Describe debtor's property that is subject to a lien | $225,043.00 | $191,287.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **A.G. Dillard, Inc** | | Case number (if known) | **22-60115-RBC** |
|---|---|---|---|---|
| | Name | | | |

Creditor's Name

**Rhodes Warrior 2019 32' Dump Trailer**

**P.O. Box 783**
**South Bend, IN 46624**

Creditor's mailing address

**Describe the lien**
**UCC-1 Financing Statement**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.9 | **1st Source Bank** | **Describe debtor's property that is subject to a lien** | **$78,938.00** | **$101,000.00** |
|---|---|---|---|---|

Creditor's Name

**CAT 2017 Dozer D6KLGP**

**P.O. Box 783**
**South Bend, IN 46624**

Creditor's mailing address

**Describe the lien**
**UCC-1 Financing Statement**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.10 | **1st Source Bank** | **Describe debtor's property that is subject to a lien** | **$44,945.00** | **$56,000.00** |
|---|---|---|---|---|

Creditor's Name

**CAT 2013 Hyd Excavator 320elrr cf**

**P.O. Box 783**
**South Bend, IN 46624**

Creditor's mailing address

**Describe the lien**
**UCC-1 Financing Statement**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page  4 of 17

| Debtor | A.G. Dillard, Inc | Case number (if known) | **22-60115-RBC** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.1 1 | **1st Source Bank** | Describe debtor's property that is subject to a lien | $28,781.00 | $195,000.00 |
|---|---|---|---|---|

Creditor's Name

**GOMACO 2018 Curbing Machine GT-3300**

**P.O. Box 783
South Bend, IN 46624**

Creditor's mailing address

Describe the lien
**UCC-1 Financing Statement**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.1 2 | **1st Source Bank** | Describe debtor's property that is subject to a lien | $30,169.00 | $49,000.00 |
|---|---|---|---|---|

Creditor's Name

**CAT 2018 Skid Steer 299d2**

**P.O. Box 783
South Bend, IN 46624**

Creditor's mailing address

Describe the lien
**UCC-1 Financing Statement**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.1 3 | **1st Source Bank** | Describe debtor's property that is subject to a lien | $51,369.00 | $73,000.00 |
|---|---|---|---|---|

Creditor's Name

**CAT 2017 Roller CP44B**

**P.O. Box 783
South Bend, IN 46624**

Creditor's mailing address

Describe the lien
**UCC-1 Financing Statement**

---

Debtor  **A.G. Dillard, Inc**                                    Case number (if known)  **22-60115-RBC**
_____
Name

Is the creditor an insider or related party?

■ No
_____
Creditor's email address, if known               ☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**                      ☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**              As of the petition filing date, the claim is:
**interest in the same property?**             Check all that apply

■ No                                            ☐ Contingent

☐ Yes. Specify each creditor,                   ■ Unliquidated
including this creditor and its relative
priority.                                        ■ Disputed

---

| 2.1 4 | **1st Source Bank** | Describe debtor's property that is subject to a lien | $84,338.00 | $105,000.00 |

Creditor's Name                                 **CAT 2018 D6 D6K2**

**P.O. Box 783**
**South Bend, IN 46624**
_____
Creditor's mailing address                      Describe the lien
                                                **UCC-1 Financing Statement**

Is the creditor an insider or related party?

■ No
_____
Creditor's email address, if known               ☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**                      ☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**              As of the petition filing date, the claim is:
**interest in the same property?**             Check all that apply

■ No                                            ☐ Contingent

☐ Yes. Specify each creditor,                   ■ Unliquidated
including this creditor and its relative
priority.                                        ■ Disputed

---

| 2.1 5 | **1st Source Bank** | Describe debtor's property that is subject to a lien | $33,914.00 | $46,000.00 |

Creditor's Name                                 **CAT 2019 Skid Steer 299D2**

**P.O. Box 783**
**South Bend, IN 46624**
_____
Creditor's mailing address                      Describe the lien
                                                **UCC-1 Financing Statement**

Is the creditor an insider or related party?

■ No
_____
Creditor's email address, if known               ☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**                      ☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**              As of the petition filing date, the claim is:
**interest in the same property?**             Check all that apply

■ No                                            ☐ Contingent

☐ Yes. Specify each creditor,                   ■ Unliquidated
including this creditor and its relative
priority.                                        ■ Disputed

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **A.G. Dillard, Inc**                                    Case number (if known)    **22-60115-RBC**
_____
Name

---

| 2.1 6 | **1st Source Bank** | | Describe debtor's property that is subject to a lien | **$31,177.00** | **$41,000.00** |

**1st Source Bank**
Creditor's Name

Describe debtor's property that is subject to a lien
**CAT 2018 Skid Steer 299D2**

**P.O. Box 783
South Bend, IN 46624**
Creditor's mailing address

Describe the lien
**UCC-1 Financing Statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.1 7 | **Atlantic Union Equipment Finance** | | Describe debtor's property that is subject to a lien | **$124,262.00** | **$124,262.00** |

**Atlantic Union Equipment Finance**
Creditor's Name

Describe debtor's property that is subject to a lien
**Western Star 2020 4900-EX Tractor**

**2475 Northwinds Pkwy
Suite 330
Alpharetta, GA 30009**
Creditor's mailing address

Describe the lien
**UCC-1 Financing Statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.1 8 | **Bank of the James** | | Describe debtor's property that is subject to a lien | **$61,577.00** | **$103,280.00** |

**Bank of the James**
Creditor's Name

Describe debtor's property that is subject to a lien
**GMAC 2019 Sierra 2500, GMAC 2019 Sierra 2500, & GMAC 2020 Sierra 2500**

**P.O. Box 6818
Carol Stream, IL
60197-6818**
Creditor's mailing address

Describe the lien
**UCC-1 Financing Statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **A.G. Dillard, Inc**
Name

Case number (if known)    **22-60115-RBC**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

---

| 2.19 | | | | |
|------|---|---|---|---|

**Blue Bridge Financial**
Creditor's Name

**Two Fountain Square
11921 Freedom Dr., Ste. 1130
Reston, VA 20190**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2019 Kenworth, 2007, CAT 2013 Trackloader 953D, & Kubota 2006 Mini Excavator U35-4**

**$241,725.00**    **$241,725.00**

**Describe the lien**
**UCC-1 Financing Statement**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

---

| 2.20 | | | | |
|------|---|---|---|---|

**Blue Ridge Bank**
Creditor's Name

**P.O. Box 609
Luray, VA 22835**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**March 2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All Assets**

**$3,203,959.00**    **$0.00**

**Describe the lien**
**UCC-1 Financing Statement**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

---

| 2.21 | | | | |
|------|---|---|---|---|

**Blue Ridge Bank**

**Describe debtor's property that is subject to a lien**

**$4,670,373.00**    **$0.00**

---

Debtor **A.G. Dillard, Inc**

Name

Case number (if known) **22-60115-RBC**

---

Creditor's Name

**All Assets**

**1 E. Market Street
Martinsville, VA 24112**

Creditor's mailing address

**Describe the lien**
**UCC-1 Financing Statement**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**September 2020**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an
interest in the same property?**

☐ Contingent

■ No

■ Unliquidated

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Disputed

---

| 2.2 2 | **BSB Leasing** | **Describe debtor's property that is subject to a lien** | **$114,000.00** | **$114,000.00** |
|---|---|---|---|---|

Creditor's Name

**CAT RPO 2018 Trackhoe 323**

**P.O. Box 3892
Seattle, WA 98124-3892**

Creditor's mailing address

**Describe the lien**
**UCC-1 Financing Statement**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an
interest in the same property?**

☐ Contingent

■ No

■ Unliquidated

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Disputed

---

| 2.2 3 | **CAT Commercial Financial** | **Describe debtor's property that is subject to a lien** | **$13,691.00** | **$33,000.00** |
|---|---|---|---|---|

Creditor's Name

**CAT 2017 Skid Steer 299D2**

**P.O. Box 13834
Newark, NJ 07188-3834**

Creditor's mailing address

**Describe the lien**
**UCC-1 Financing Statement**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

Debtor    **A.G. Dillard, Inc**
　　　　Name

Case number (if known)    **22-60115-RBC**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| --- | --- |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.2 4 | **CAT Commercial Financial** | **Describe debtor's property that is subject to a lien** | **$109,000.00** | **$109,000.00** |

Creditor's Name

**P.O. Box 13834**
**Newark, NJ 07188-3834**

Creditor's mailing address

**CAT 2019 Roller cp56b**

**Describe the lien**
**UCC-1 Financing Statement**
**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| --- | --- |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.2 5 | **CAT Commercial Financial** | **Describe debtor's property that is subject to a lien** | **$125,000.00** | **$125,000.00** |

Creditor's Name

**P.O. Box 13834**
**Newark, NJ 07188-3834**

Creditor's mailing address

**CAT 2018 Loader 950GC**

**Describe the lien**
**UCC-1 Financing Statement**
**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| --- | --- |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.2 6 | **CAT Commercial Financial** | **Describe debtor's property that is subject to a lien** | **$159,869.00** | **$145,000.00** |

Creditor's Name

**P.O. Box 13834**
**Newark, NJ 07188-3834**

Creditor's mailing address

**CAT 2019 Excavator 323**

**Describe the lien**

Debtor **A.G. Dillard, Inc**      Case number (if known) **22-60115-RBC**

Name

**UCC-1 Financing Statement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**

Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

---

| 2.2 7 | **CAT Commercial Financial** | **Describe debtor's property that is subject to a lien** | **$147,931.00** | **$136,000.00** |
|---|---|---|---|---|

Creditor's Name

**CAT 2019 Skid Steer 299D2, CAT 2019 Mini 305E2ACL, & CAT 2019 Skid Steer 299D2**

**P.O. Box 13834**
**Newark, NJ 07188-3834**

Creditor's mailing address

**Describe the lien**

**UCC-1 Financing Statement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**

Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

---

| 2.2 8 | **CAT Commercial Financial** | **Describe debtor's property that is subject to a lien** | **$41,571.00** | **$41,000.00** |
|---|---|---|---|---|

Creditor's Name

**CAT 2019 Mini 305E2 ACL**

**P.O. Box 13834**
**Newark, NJ 07188-3834**

Creditor's mailing address

**Describe the lien**

**UCC-1 Financing Statement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**

Check all that apply

---

Debtor    **A.G. Dillard, Inc**                                              Case number (if known)    **22-60115-RBC**
_____
Name

■ No
☐ Yes. Specify each creditor,
  including this creditor and its
  relative priority.

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.2 9 | **CAT Commercial Financial** | Describe debtor's property that is subject to a lien | $111,706.00 | $59,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 13834
Newark, NJ 07188-3834**
_____
Creditor's mailing address

**CAT 2019 Dozer D3K2 XL**

Describe the lien
**UCC-1 Financing Statement**

Is the creditor an insider or related party?
■ No
☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.3 0 | **CAT Commercial Financial** | Describe debtor's property that is subject to a lien | $67,681.00 | $52,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 13834
Newark, NJ 07188-3834**
_____
Creditor's mailing address

**CAT RPO 2020 Mini 306-07CR**

Describe the lien
**UCC-1 Financing Statement**

Is the creditor an insider or related party?
■ No
☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.3 1 | **Channel Partners** | Describe debtor's property that is subject to a lien | $162,184.00 | $95,000.00 |
|---|---|---|---|---|

Creditor's Name

**11100 Wayzata Blvd.
Suite 305
Minnetonka, MN 55305**
_____
Creditor's mailing address

**CAT RPO 2019 Wheel Loader 926M**

Describe the lien
**UCC-1 Financing Statement**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor **A.G. Dillard, Inc**

Name

Case number (if known)  **22-60115-RBC**

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

---

| 2.3 2 | **Falcon Leasing** | Describe debtor's property that is subject to a lien | $180,850.00 | $163,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 843840**
**Dallas, TX 75284-3840**

Creditor's mailing address

**CAT RPO 2019 Excavator 336**

**Describe the lien**
**UCC-1 Financing Statement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

---

| 2.3 3 | **First Federal Leasing** | Describe debtor's property that is subject to a lien | $55,000.00 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 1145**
**Richmond, IN 47375**

Creditor's mailing address

**CAT RPO 2018 Excavator 308E CR**

**Describe the lien**
**UCC-1 Financing Statement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 13 of 17

| Debtor | A.G. Dillard, Inc | Case number (if known) | 22-60115-RBC |
| | Name | | |

---

**2.34**

**First Federal Leasing**
Creditor's Name

P.O. Box 1145
Richmond, IN 47375
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**CAT RPO 2019 Loader 918M**                                    $53,945.00        $77,000.00

Describe the lien
**UCC-1 Financing Statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

**2.35**

**GM Financial**
Creditor's Name

P.O. Box 78143
Phoenix, AZ 85062-8143
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**GMAC 2019 2500HC**                                            $25,025.00        $25,025.00

Describe the lien
**UCC-1 Financing Statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

**2.36**

**GM Financial**
Creditor's Name

P.O. Box 78143
Phoenix, AZ 85062-8143
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Describe debtor's property that is subject to a lien
**GMAC 2018 2500 Sierra**                                       $29,281.00        $29,281.00

Describe the lien
**UCC-1 Financing Statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 14 of 17

| Debtor | **A.G. Dillard, Inc** | Case number (if known) | **22-60115-RBC** |
|---|---|---|---|
| | Name | | |

|  | Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
|---|---|

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.3 7 | **GM Financial** | **Describe debtor's property that is subject to a lien** | **$20,348.00** | **$20,348.00** |
|---|---|---|---|---|
| | Creditor's Name | **GMAC 2019 Sierra** | | |

**P.O. Box 78143**
**Phoenix, AZ 85062-8143**
Creditor's mailing address

**Describe the lien**
**UCC-1 Financing Statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.3 8 | **Hanmi Bank** | **Describe debtor's property that is subject to a lien** | **$161,471.00** | **$155,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **CAT RPO 2020 325FCR CR** | | |

**Attn: Raffi Khatchadourian**
**15910 Ventura Blvd., 12th**
**Floor**
**Encino, CA 91436**
Creditor's mailing address

**Describe the lien**
**UCC-1 Financing Statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.3 9 | **Navitas Credit Corp.** | **Describe debtor's property that is subject to a lien** | **$236,101.00** | **$235,000.00** |
|---|---|---|---|---|

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 15 of 17

| Debtor | **A.G. Dillard, Inc** | Case number (if known) | **22-60115-RBC** |
|---|---|---|---|
| | Name | | |

---

Creditor's Name

**201 Executive Center Dr.
Suite 100
Columbia, SC 29210**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**CAT RPO 2018 Dozer D6T XL**

**Describe the lien**
**UCC-1 Financing Statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.40 | **Pawnee Leasing** | Describe debtor's property that is subject to a lien | **$285,133.00** | **$209,000.00** |

Creditor's Name

**P.O. Box 736166
Dallas, TX 75373**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**CAT RPO 2020 306, CAT RPO 2020 Mini 305E 2, CAT RPO 2020 Trench Roller RTXL-SC3, Wacker RPO 2019 Trench Roller, & CAT RPO 2021 Excavator 310**

**Describe the lien**
**UCC-1 Financing Statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.41 | **Stearns Bank** | Describe debtor's property that is subject to a lien | **$278,714.00** | **$206,000.00** |

Creditor's Name

**P.O. Box 750
Albany, MN 56307-0750**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**CAT RPO 336VT & CAT RPO Roller CS56**

**Describe the lien**
**UCC-1 Financing Statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | A.G. Dillard, Inc | Case number (if known) | **22-60115-RBC** |
|---|---|---|---|
| | Name | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☑ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☑ Unliquidated |
| | ☐ Disputed |

| | | |
|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$11,964,906. 00** |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name        **A.G. Dillard, Inc**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF VIRGINIA

Case number (if known)    **22-60115-RBC**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Chesterfield County Treasurer's Off**<br>**P.O. Box 70**<br>**Chesterfield, VA 23832** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | $235.13 | $235.13 |
| Date or dates debt was incurred<br>**2021-Petition** | Basis for the claim:<br>**Taxes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**City of Charlottesville Treasurer**<br>**P.O. Box 2854**<br>**Charlottesville, VA 22902** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | $190.22 | $190.22 |
| Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | A.G. Dillard, Inc | | Case number (if known) | 22-60115-RBC |
|---|---|---|---|---|
| | Name | | | |

---

**2.3** | Priority creditor's name and mailing address

**City of Roanoke Treasurer's Office**
**P.O. Box 1451**
**Roanoke, VA 24011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$2,356.86        $2,356.86

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address

**County of Albemarle**
**P.O. Box 7604**
**Merrifield, VA 22116-7604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$1,455.89        $1,455.89

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address

**County of Fluvanna**
**Linda H. Lenherr, Treasurer**
**P.O. Box 299**
**Palmyra, VA 22963-0299**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$115,707.83        $115,707.83

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address

**County of Montgomery**
**Treasurer**
**755 Roanoke St., Suite 1B**
**Christiansburg, VA 24073**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$13,159.61        $13,159.61

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **A.G. Dillard, Inc** | Case number (if known) | **22-60115-RBC** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,994.74 | $4,994.74 |
|---|---|---|---|---|

**Louisa County**
**Henry B. Wash, Treasurer**
**P.O. Box 523**
**Louisa, VA 23093**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Part 2: | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $123,555.46 |
|---|---|---|---|

**Adams Construction Co.**
**P.O. Box 12627**
**Roanoke, VA 24027**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-Petition**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,524.25 |
|---|---|---|---|

**Albemarle Co. Service Auth.**
**168 Spotnap Road**
**Charlottesville, VA 22902**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-Petition**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $106,039.74 |
|---|---|---|---|

**ALLIED CONCRETE CO.**
**P.O. Box 1647**
**Charlottesville, VA 22902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-Petition**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,715.41 |
|---|---|---|---|

**Allied Portable Toilets**
**P.O. Box 939**
**Crozet, VA 22932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-Petition**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98.57 |
|---|---|---|---|

**Automated Office Systems**
**905 Albemarle Street**
**Charlottesville, VA 22903**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-Petition**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **A.G. Dillard, Inc** | Case number (if known) | **22-60115-RBC** |
|---|---|---|---|
| | Name | | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,925.86 |
|---|---|---|---|

**AWP, Inc.**
**dba Area Wide Protective**
**P.O. Box 636219**
**Cincinnati, OH 45263**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-Petition**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,230.13 |
|---|---|---|---|

**Bank of the James**
**828 Main Street**
**Lynchburg, VA 24504**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-Petition**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $580.13 |
|---|---|---|---|

**Better Living Inc.**
**Route 29 North**
**P.O. Box 7627**
**Charlottesville, VA 22906**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-Petition**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,355.22 |
|---|---|---|---|

**Blue Ridge Builders Supply Inc.**
**5221 Rockfish Gap Turnpike**
**Charlottesville, VA 22903**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-Petition**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66,544.30 |
|---|---|---|---|

**BOXLEY MATERIALS CO.**
**P.O. Box 745855**
**Atlanta, GA 30374-5855**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-Petition**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,431.01 |
|---|---|---|---|

**BOXLEY READY MIX LLC**
**3830B Blue Ridge Drive SW**
**Roanoke, VA 24018**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-Petition**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,210.84 |
|---|---|---|---|

**BSB Leasing**
**P.O. Box 3892**
**Seattle, WA 98124**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-Petition**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | A.G. Dillard, Inc | Case number (if known) | **22-60115-RBC** |
|---|---|---|---|
| | Name | | |

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7.74**

**Builders Firstsource**
P.O. Box 100932
Atlanta, GA 30384

Date(s) debt was incurred  **2021-Petition**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,331.05**

**Campbell Equipment Inc.**
16640 James Madison Highway
Palmyra, VA 22963

Date(s) debt was incurred  **2021-Petition**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.33**

**Capital Tristate**
P.O. Box 404749
Atlanta, GA 30384

Date(s) debt was incurred  **2021-Petition**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$78,075.01**

**CARTER MACHINERY CO.**
P.O. Box 3096
Salem, VA 24153

Date(s) debt was incurred  **2021-Petition**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,809.48**

**Caterpillar Financial**
P.O. Box 735638
Dallas, TX 75373-5638

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00**

**Central VA PartnershipEconomic**
1001 Research Park Blvd.
Suite 301
Charlottesville, VA 22911

Date(s) debt was incurred  **2021-Petition**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,751.22**

**Centurylink**
100 Centurylink Dr.
Monroe, LA 71203-2041

Date(s) debt was incurred  **2021-Petition**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **A.G. Dillard, Inc** | | Case number (if known) | **22-60115-RBC** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$271.25** |
|---|---|---|---|
| | **CFI Computer Forms**<br>P.O. Box 23456<br>Portland, OR 97201 | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2021-Petition** | **Basis for the claim:** ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,060.56** |
|---|---|---|---|
| | **Cintas Corporation**<br>P.O. Box 630803<br>Cincinnati, OH 45263 | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2021-Petition** | **Basis for the claim:** ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,100.00** |
|---|---|---|---|
| | **Clevelandtree Service**<br>8335 Willis Lane<br>Scottsville, VA 24590 | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2021-Petition** | **Basis for the claim:** ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,980.40** |
|---|---|---|---|
| | **Collins Engineering**<br>200 Garrett Street<br>2nd Floor, Suite K<br>Charlottesville, VA 22902 | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2021-Petition** | **Basis for the claim:** ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$889.94** |
|---|---|---|---|
| | **Colonial Auto Center**<br>P.O. Box 7823<br>Charlottesville, VA 22906 | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2021-Petition** | **Basis for the claim:** ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,031.40** |
|---|---|---|---|
| | **Colonial Constsruction Material**<br>P.O. Box 333<br>Oilville, VA 23129 | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2021-Petition** | **Basis for the claim:** ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78.98** |
|---|---|---|---|
| | **Concrete Specialties, Inc.**<br>1420 16th Street SE<br>Roanoke, VA 24014 | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2021-Petition** | **Basis for the claim:** ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | A.G. Dillard, Inc | Case number (if known) | 22-60115-RBC |
|---|---|---|---|
| | Name | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,375.10 |
|---|---|---|---|

**Core & Main**
P.O. Box 28330
Saint Louis, MO 63146

Date(s) debt was incurred  **2021-Petition**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,689.56 |
|---|---|---|---|

**CP & P, LLC**
210 Stone Spring Road
Harrisonburg, VA 22801

Date(s) debt was incurred  **2021-Petition**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,428.00 |
|---|---|---|---|

**Encova Insurance**
P.O. Box 11285
Charleston, WV 25339

Date(s) debt was incurred  **2021-Petition**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,142.57 |
|---|---|---|---|

**Falcon Leasing**
P.O. Box 843840
Dallas, TX 75284

Date(s) debt was incurred  **2021-Petition**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,704.72 |
|---|---|---|---|

**FERGUSON ENTERPRISES, INC.**
505 Garret Street
Charlottesville, VA 22902

Date(s) debt was incurred  **2021-Petition**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,450.86 |
|---|---|---|---|

**Fluvanna Ace Hardware**
114 Crofton Place
Palmyra, VA 22963

Date(s) debt was incurred  **2021-Petition**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $810,162.76 |
|---|---|---|---|

**FORTLINE Waterworks**
P.O. Box 744053
Atlanta, GA 30384-4053

Date(s) debt was incurred  **2021-Petition**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | A.G. Dillard, Inc | Case number (if known) | 22-60115-RBC |
|---|---|---|---|
| | Name | | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $339.56 |
|---|---|---|---|

**Grainger**
Dept. 871426706
Palatine, IL 60038

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-Petition**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,130.50 |
|---|---|---|---|

**Great Lakes Petroleum**
P.O. Box 936940
Atlanta, GA 31193

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-Petition**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,217.57 |
|---|---|---|---|

**Guardian Insurance**
P.O. Box 677458
Dallas, TX 75267

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-Petition**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**H&E Equipment Services Inc.**
P.O. Box 849850
Dallas, TX 75284

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-Petition**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,197.16 |
|---|---|---|---|

**HD Supply/Whitecap**
P.O. Box 4852
Orlando, FL 32802

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-Petition**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $148.47 |
|---|---|---|---|

**Holtzman Corp.**
P.O. Box 35
Mount Jackson, VA 22842

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-Petition**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,858.40 |
|---|---|---|---|

**InSight Mobile Data Inc.**
P.O. Box 358113
Pittsburgh, PA 15251

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-Petition**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | A.G. Dillard, Inc | Case number (if known) | 22-60115-RBC |
|---|---|---|---|
| | Name | | |

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,388.16 |
|---|---|---|---|

**James River Laser & Equipment**
**711 South Broad Street**
**Charlottesville, VA 22902**

Date(s) debt was incurred  **2021-Petition**

Last 4 digits of account number ___

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,518.19 |
|---|---|---|---|

**JNR 1MN67274**

Date(s) debt was incurred  **2021-Petition**

Last 4 digits of account number ___

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,430.90 |
|---|---|---|---|

**Jones Automotive**
**All Star Auto Parts**
**P.O. Box 910**
**Troy, VA 22974**

Date(s) debt was incurred  **2021-Petition**

Last 4 digits of account number ___

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,895.39 |
|---|---|---|---|

**JRN 1MN51802**

Date(s) debt was incurred  **2021-Petition**

Last 4 digits of account number ___

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Justin Fravel**
**50 Acorn Hill Lane**
**Lyndhurst, VA 22952**

Date(s) debt was incurred  **2021-Petition**

Last 4 digits of account number ___

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,304.49 |
|---|---|---|---|

**Landscape Supply Inc.**
**P.O. Box 12706**
**Roanoke, VA 24027**

Date(s) debt was incurred  **2021-Petition**

Last 4 digits of account number ___

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,700.50 |
|---|---|---|---|

**LAS Trucking**
**2245 Prospect Drive**
**Christiansburg, VA 24073**

Date(s) debt was incurred  **2021-Petition**

Last 4 digits of account number ___

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | A.G. Dillard, Inc | Case number (if known) | 22-60115-RBC |
|---|---|---|---|
| | Name | | |

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,945.75 |
|---|---|---|---|

**Lincoln Surveying**
**632 Berkmar Circle**
**Charlottesville, VA 22901**

Date(s) debt was incurred  **2021-Petition**

Last 4 digits of account number ___

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,632.80 |
|---|---|---|---|

**Lowe's**
**P.O. Box 530954**
**Atlanta, GA 30353**

Date(s) debt was incurred  **2021-Petition**

Last 4 digits of account number ___

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,497.00 |
|---|---|---|---|

**Lowe's Recycling**
**2481 Crocket Rd.**
**Forest, VA 24551**

Date(s) debt was incurred  **2021-Petition**

Last 4 digits of account number ___

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $271,870.75 |
|---|---|---|---|

**LUCK STONE**
**LUCK STONE CORPORATION**
**P.O. Box 22696**
**New York, NY 10087-2696**

Date(s) debt was incurred  **2021-Petition**

Last 4 digits of account number ___

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,545.34 |
|---|---|---|---|

**Martin Marietta Aggregates**
**P.O. Box 75328**
**Charlotte, NC 28275**

Date(s) debt was incurred  **2021-Petition**

Last 4 digits of account number ___

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,945.04 |
|---|---|---|---|

**Mattern & Craig Engineers**
**701 First Street SW**
**Roanoke, VA 24016**

Date(s) debt was incurred  **2021-Petition**

Last 4 digits of account number ___

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,395.25 |
|---|---|---|---|

**McCarthy Tire Service**
**P.O. Box 1125**
**Wilkes Barre, PA 18703**

Date(s) debt was incurred  **2021-Petition**

Last 4 digits of account number ___

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | A.G. Dillard, Inc | Case number (if known) | 22-60115-RBC |
|---|---|---|---|
| | Name | | |

---

**3.55**

**Nonpriority creditor's name and mailing address**
**MERIDIAN PLANNING GROUP, LLC**
**440 Premier Circle**
**Suite 200**
**Charlottesville, VA 22901**

Date(s) debt was incurred  **2021-Petition**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**$38,565.00**

---

**3.56**

**Nonpriority creditor's name and mailing address**
**Monticello Media LLC**
**481 Hillsdale Drive**
**Suite 300**
**Charlottesville, VA 22901**

Date(s) debt was incurred  **2021-Petition**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**$3,000.00**

---

**3.57**

**Nonpriority creditor's name and mailing address**
**Mountain View Auto Glass**
**1011 Little Calfpasture Hwy**
**Swoope, VA 24479**

Date(s) debt was incurred  **2021-Petition**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**$2,150.00**

---

**3.58**

**Nonpriority creditor's name and mailing address**
**NAPA Auto Parts**
**1240 Harris St.**
**Charlottesville, VA 22903**

Date(s) debt was incurred  **2021-Petition**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**$2,026.53**

---

**3.59**

**Nonpriority creditor's name and mailing address**
**Nationwide Testing Assoc.**
**P.O. Box 508**
**Mooresville, NC 28115**

Date(s) debt was incurred  **2021-Petition**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**$262.83**

---

**3.60**

**Nonpriority creditor's name and mailing address**
**NWG Solutions, LLC**
**913 E. Market ST.**
**Charlottesville, VA 22902**

Date(s) debt was incurred  **2021-Petition**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**$215.00**

---

**3.61**

**Nonpriority creditor's name and mailing address**
**OUTFRONT SPORTS**
**P.O. Box 33074**
**Newark, NJ 07188-0074**

Date(s) debt was incurred  **2021-Petition**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**$22,500.00**

---

| Debtor | A.G. Dillard, Inc | Case number (if known) | 22-60115-RBC |
|---|---|---|---|
| | Name | | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,849.40 |
|---|---|---|---|

**Pawnee Leasing Corp.**
**P.O. Box 736166**
**Dallas, TX 75373**

Date(s) debt was incurred  **2021-Petition**

Last 4 digits of account number ___

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,800.00 |
|---|---|---|---|

**PERFORMANCE SIGNS, LLC**
**18 Commerce Drive**
**Ruckersville, VA 22968**

Date(s) debt was incurred  **2021-Petition**

Last 4 digits of account number ___

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.44 |
|---|---|---|---|

**Powhatan Ready Mix, Inc.**
**Mechanicsville Concrete LLC**
**P.O. Box 932722**
**Atlanta, GA 31193**

Date(s) debt was incurred  **2021-Petition**

Last 4 digits of account number ___

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,456.39 |
|---|---|---|---|

**Quality Welding Inc.**
**830 Harris Street**
**P.O. Box 6632**
**Charlottesville, VA 22906**

Date(s) debt was incurred  **2021-Petition**

Last 4 digits of account number ___

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**R W Lilly Striping Services**
**Rodney Lilly**
**2402 Union Mills Rd.**
**Troy, VA 22974**

Date(s) debt was incurred  **2021-Petition**

Last 4 digits of account number ___

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,799.20 |
|---|---|---|---|

**Ram Tool**
**Ram Tool Construction Supply**
**P.O. Box 743487**
**Atlanta, GA 30374**

Date(s) debt was incurred  **2021-Petition**

Last 4 digits of account number ___

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,634.94 |
|---|---|---|---|

**RICHMOND LOT STRIPING & SEAL**
**271 Echo Meadows Rd.**
**Rockville, VA 23146**

Date(s) debt was incurred  **2021-Petition**

Last 4 digits of account number ___

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **A.G. Dillard, Inc** | Case number *(if known)* | **22-60115-RBC** |
|---|---|---|---|
| | Name | | |

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,064.75** |
|---|---|---|---|

**Roudabush, Gale & Assoc., Inc.**
**435 Merchant Walk Square**
**Suite 300-159**
**Charlottesville, VA 22902**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-Petition**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52.89** |
|---|---|---|---|

**S.B. Cox Ready Mix, INc.**
**P.O. Box 5363**
**Glen Allen, VA 23058**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-Petition**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$879,778.28** |
|---|---|---|---|

**S.L. Williamson Co, Inc.**
**1230 River Road**
**Charlottesville, VA 22902**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-Petition**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$281.45** |
|---|---|---|---|

**Salem Stone**
**5764 Wilderness Rd.**
**Dublin, VA 24084**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-Petition**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00** |
|---|---|---|---|

**Service Pro Auto & Truck Repair**
**1830 Buck Branch Drive**
**Troy, VA 22974**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-Petition**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$568,159.00** |
|---|---|---|---|

**Shenandoah Valley Landscaping**
**194 Lee Highway**
**Verona, VA 24482**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-Petition**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,529.25** |
|---|---|---|---|

**Sunbelt Rentals**
**Attn: Accounts Recivable**
**P.O. Box 409211**
**Atlanta, GA 30384**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-Petition**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **A.G. Dillard, Inc** | Case number (if known) | **22-60115-RBC** |
|---|---|---|---|
| | Name | | |

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$579.89** |
|---|---|---|---|

**T&N Printing**
**205 12th Street, NE**
**Charlottesville, VA 22902**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-Petition**

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,421.42** |
|---|---|---|---|

**Tidy Services**
**2011 Cook Drive**
**Salem, VA 24153**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-Petition**

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$197,061.90** |
|---|---|---|---|

**TIGER FUEL COMPANY**
**Attn: Jill Strain**
**P.O. Box 1607**
**Charlottesville, VA 22902-1607**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-Petition**

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,325.00** |
|---|---|---|---|

**Timmons Group**
**1001 Boulders Pkwy**
**Suite 300**
**Richmond, VA 23225**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-Petition**

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,562.50** |
|---|---|---|---|

**TR Industries**
**295 Memory Lane**
**Troy, VA 22974**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-Petition**

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$313.41** |
|---|---|---|---|

**Traffic Safety Supplies**
**14490 Lee Highway**
**Gainesville, VA 20155**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-Petition**

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,427.89** |
|---|---|---|---|

**Truck Enterprises, Inc.**
**P.O. Box 4470**
**3440 South Main Street**
**Harrisonburg, VA 22801**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-Petition**

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **A.G. Dillard, Inc** | Case number (if known) | **22-60115-RBC** |
|---|---|---|---|
| | Name | | |

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,176.71** |
|---|---|---|---|

**Truck Pro, LLC**
**29787 Network Place**
**Chicago, IL 60673**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-Petition**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$698.00** |
|---|---|---|---|

**True Look, Inc.**
**575 East 4th Street**
**Winston Salem, NC 27101**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-Petition**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19,456.15** |
|---|---|---|---|

**United Rental**
**P.O. Box 100711**
**Atlanta, GA 30384**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-Petition**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,520.24** |
|---|---|---|---|

**van der Linde Recycling**
**2820 Hydraulic Rd.**
**Suite #1**
**Charlottesville, VA 22901**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-Petition**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$17,268.39** |
|---|---|---|---|

**Virginia Blasting Service, Inc.**
**P.O. Box 13925**
**Roanoke, VA 24038**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-Petition**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$965.02** |
|---|---|---|---|

**Wayne Oxygen & Welding Supply**
**P.O. Box 1244**
**Waynesboro, VA 22980**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-Petition**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,388.00** |
|---|---|---|---|

**Wells Fargo**
**P.O. Box 51174**
**Los Angeles, CA 90051-5474**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **A.G. Dillard, Inc** | Case number (if known) | **22-60115-RBC** |
|---|---|---|---|
| | Name | | |

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $187.75 |
|---|---|---|---|

**Western Virginia Water Authority**
P.O. Box 17381
Baltimore, MD 21297

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-Petition**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $146,487.13 |
|---|---|---|---|

**WILSON READY MIX LLC**
P.O. Box 1347
Harrisonburg, VA 22803

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-Petition**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $41,082.76 |
|---|---|---|---|

**WINCHESTER BUILDING SUPPLY**
**DBA WINCHESTER PRECAST**
P.O. Box 1391
Indiana, PA 15701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-Petition**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $305.28 |
|---|---|---|---|

**Xylem Dewatering Solutions Inc.**
26717 Network Place
Chicago, IL 60673

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-Petition**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 138,100.28 |
| 5b. Total claims from Part 2 | 5b. + | $ | 3,919,448.86 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 4,057,549.14 |

**Fill in this information to identify the case:**

Debtor name   **A.G. Dillard, Inc**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF VIRGINIA

Case number (if known)   **22-60115-RBC**

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Construction/Customer (Malloy Ford)** | |
| State the term remaining | **2022** | **68C & Easement C'ville Realty Corp. Attn: Michael Jones P.O. Box 6340 Charlottesville, VA 22906** |
| List the contract number of any government contract | | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Construction/Customer (Berkmar)** | |
| State the term remaining | **2022** | **Breeden Construction 560 Lynnhaven Pkwy Virginia Beach, VA 23452** |
| List the contract number of any government contract | | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Constructon/Customer (Presidio Apts)** | |
| State the term remaining | **2022** | **Breeden Construction 560 Lynnhaven Pkwy Virginia Beach, VA 23452** |
| List the contract number of any government contract | | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Construction/Customer (Timberwood)** | |
| State the term remaining | **2022** | **Highlife Townhome, Inc. P.O. Box 17 Charlottesville, VA 22902** |
| List the contract number of any government contract | | |

| Debtor 1 | A.G. Dillard, Inc | | | Case number (*if known*) | **22-60115-RBC** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Construction/Customer (Garrett Street)** | |
|---|---|---|---|
| | State the term remaining | **2022** | **Hourigan Construction Corp.**<br>**4429 Bonney Rd.**<br>**Suite 200**<br>**Virginia Beach, VA 23462** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Construction/Customer (Terrace View)** | |
|---|---|---|---|
| | State the term remaining | **2022** | **J.H. Findorff & Son Inc.**<br>**Attn: Jeff McLean**<br>**300 S. Bedford Street**<br>**Madison, WI 53703** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Construction/Customer (Kings Walk)** | |
|---|---|---|---|
| | State the term remaining | **2022** | **Kings Walk Dev. Partners LLC**<br>**618 North Main St.**<br>**Blacksburg, VA 24060** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Construction/Customer (Old Trail)** | |
|---|---|---|---|
| | State the term remaining | **2022** | **March Mountain Properties LLC**<br>**1005 Heathercroft Cir.**<br>**Suite 100**<br>**Crozet, VA 22932** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Construction/Customer (New Belvedere)** | |
|---|---|---|---|
| | State the term remaining | **2022** | **New Belvedere, Inc.**<br>**Attn: Steve Krohn**<br>**610 Rio Rd. West**<br>**Charlottesville, VA 22901** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Construction/Customer (Stonefield)** | |
|---|---|---|---|
| | State the term remaining | **2022** | **OPZ Bernstein/Christopher 2 LLC**<br>**Attn: Benamin R. Steck**<br>**10461 White Granite Dr., #103**<br>**Oakton, VA 22124** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  __A.G. Dillard, Inc__
     First Name       Middle Name       Last Name

Case number *(if known)*  __22-60115-RBC__

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant (Real Estate Lease)** | |
|---|---|---|---|
| | State the term remaining | **1/1/2025** | **Priam's Gate LLC** |
| | List the contract number of any government contract | | **295 Memory Ln.**<br>**Troy, VA 22974** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Construction/Customer (Village Oaks Lots 8-125)** | |
|---|---|---|---|
| | State the term remaining | **2022** | **Sycamore Square, LLC** |
| | List the contract number of any government contract | | **145 South Pantops Drive**<br>**Charlottesville, VA 22911** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Construction/Customer (Village Oaks Phase 4)** | |
|---|---|---|---|
| | State the term remaining | **2022** | **Sycamore Square, LLC** |
| | List the contract number of any government contract | | **145 South Pantops Drive**<br>**Charlottesville, VA 22911** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **A.G. Dillard, Inc**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF VIRGINIA

Case number (if known)   **22-60115-RBC**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | A.G. Dillard, III | 3410 Carrol Creek Road Keswick, VA 22947 | 1st Source Bank | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.2 | A.G. Dillard, III | 3410 Carrol Creek Road Keswick, VA 22947 | Blue Ridge Bank | ■ D __2.20__ ☐ E/F _____ ☐ G _____ |
| 2.3 | A.G. Dillard, III | 3410 Carrol Creek Road Keswick, VA 22947 | 1st Source Bank | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.4 | A.G. Dillard, III | 3410 Carrol Creek Road Keswick, VA 22947 | 1st Source Bank | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.5 | A.G. Dillard, III | 3410 Carrol Creek Road Keswick, VA 22947 | 1st Source Bank | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |

| Debtor | **A.G. Dillard, Inc** | Case number *(if known)* | **22-60115-RBC** |
|---|---|---|---|

| ██ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **A.G. Dillard, III** | **3410 Carrol Creek Road**<br>**Keswick, VA 22947** | **1st Source Bank** | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | **A.G. Dillard, III** | **3410 Carrol Creek Road**<br>**Keswick, VA 22947** | **1st Source Bank** | ■ D __2.7__<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | **A.G. Dillard, III** | **3410 Carrol Creek Road**<br>**Keswick, VA 22947** | **1st Source Bank** | ■ D __2.8__<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | **A.G. Dillard, III** | **3410 Carrol Creek Road**<br>**Keswick, VA 22947** | **1st Source Bank** | ■ D __2.9__<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | **A.G. Dillard, III** | **3410 Carrol Creek Road**<br>**Keswick, VA 22947** | **1st Source Bank** | ■ D __2.10__<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | **A.G. Dillard, III** | **3410 Carrol Creek Road**<br>**Keswick, VA 22947** | **1st Source Bank** | ■ D __2.11__<br>☐ E/F ____<br>☐ G ____ |
| 2.12 | **A.G. Dillard, III** | **3410 Carrol Creek Road**<br>**Keswick, VA 22947** | **1st Source Bank** | ■ D __2.12__<br>☐ E/F ____<br>☐ G ____ |
| 2.13 | **A.G. Dillard, III** | **3410 Carrol Creek Road**<br>**Keswick, VA 22947** | **1st Source Bank** | ■ D __2.13__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | A.G. Dillard, Inc | Case number *(if known)* | **22-60115-RBC** |
|---|---|---|---|

| ■ **Additional Page to List More Codebtors** |
|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.14 | A.G. Dillard, III | 3410 Carrol Creek Road Keswick, VA 22947 | 1st Source Bank | ■ D __2.14__ ☐ E/F ____ ☐ G ____ |
| 2.15 | A.G. Dillard, III | 3410 Carrol Creek Road Keswick, VA 22947 | 1st Source Bank | ■ D __2.15__ ☐ E/F ____ ☐ G ____ |
| 2.16 | A.G. Dillard, III | 3410 Carrol Creek Road Keswick, VA 22947 | 1st Source Bank | ■ D __2.16__ ☐ E/F ____ ☐ G ____ |
| 2.17 | A.G. Dillard, III | 3410 Carrol Creek Road Keswick, VA 22947 | First Federal Leasing | ■ D __2.33__ ☐ E/F ____ ☐ G ____ |
| 2.18 | A.G. Dillard, III | 3410 Carrol Creek Road Keswick, VA 22947 | BSB Leasing | ■ D __2.22__ ☐ E/F ____ ☐ G ____ |
| 2.19 | A.G. Dillard, III | 3410 Carrol Creek Road Keswick, VA 22947 | Falcon Leasing | ■ D __2.32__ ☐ E/F ____ ☐ G ____ |
| 2.20 | A.G. Dillard, III | 3410 Carrol Creek Road Keswick, VA 22947 | First Federal Leasing | ■ D __2.34__ ☐ E/F ____ ☐ G ____ |
| 2.21 | A.G. Dillard, III | 3410 Carrol Creek Road Keswick, VA 22947 | Navitas Credit Corp. | ■ D __2.39__ ☐ E/F ____ ☐ G ____ |

| Debtor | A.G. Dillard, Inc | Case number *(if known)* | **22-60115-RBC** |
|---|---|---|---|

▇ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.22 **A.G. Dillard, III** | **3410 Carrol Creek Road**<br>**Keswick, VA 22947** | **Hanmi Bank** | ■ D  __2.38__<br>☐ E/F _____<br>☐ G _____ |
| 2.23 **A.G. Dillard, III** | **3410 Carrol Creek Road**<br>**Keswick, VA 22947** | **Atlantic Union**<br>**Equipment Finance** | ■ D  __2.17__<br>☐ E/F _____<br>☐ G _____ |
| 2.24 **A.G. Dillard, III** | **3410 Carrol Creek Road**<br>**Keswick, VA 22947** | **Channel Partners** | ■ D  __2.31__<br>☐ E/F _____<br>☐ G _____ |
| 2.25 **A.G. Dillard, III** | **3410 Carrol Creek Road**<br>**Keswick, VA 22947** | **Stearns Bank** | ■ D  __2.41__<br>☐ E/F _____<br>☐ G _____ |
| 2.26 **A.G. Dillard, III** | **3410 Carrol Creek Road**<br>**Keswick, VA 22947** | **Blue Bridge Financial** | ■ D  __2.19__<br>☐ E/F _____<br>☐ G _____ |
| 2.27 **A.G. Dillard, III** | **3410 Carrol Creek Road**<br>**Keswick, VA 22947** | **Pawnee Leasing** | ■ D  __2.40__<br>☐ E/F _____<br>☐ G _____ |
| 2.28 **A.G. Dillard, III** | **3410 Carrol Creek Road**<br>**Keswick, VA 22947** | **GM Financial** | ■ D  __2.35__<br>☐ E/F _____<br>☐ G _____ |
| 2.29 **A.G. Dillard, III** | **3410 Carrol Creek Road**<br>**Keswick, VA 22947** | **GM Financial** | ■ D  __2.36__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **A.G. Dillard, Inc** | Case number *(if known)* | **22-60115-RBC** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 | **A.G. Dillard, III** <br> **3410 Carrol Creek Road** <br> **Keswick, VA 22947** | **GM Financial** | ■ D  __2.37__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.31 | **A.G. Dillard, III** <br> **3410 Carrol Creek Road** <br> **Keswick, VA 22947** | **Bank of the James** | ■ D  __2.18__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.32 | **A.G. Dillard, III** <br> **3410 Carrol Creek Road** <br> **Keswick, VA 22947** | **Blue Ridge Bank** | ■ D  __2.21__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.33 | **A.G. Dillard, III** <br> **3410 Carrol Creek Road** <br> **Keswick, VA 22947** | **CAT Commercial Financial** | ■ D  __2.23__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.34 | **A.G. Dillard, III** <br> **3410 Carrol Creek Road** <br> **Keswick, VA 22947** | **CAT Commercial Financial** | ■ D  __2.24__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.35 | **A.G. Dillard, III** <br> **3410 Carrol Creek Road** <br> **Keswick, VA 22947** | **CAT Commercial Financial** | ■ D  __2.25__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.36 | **A.G. Dillard, III** <br> **3410 Carrol Creek Road** <br> **Keswick, VA 22947** | **CAT Commercial Financial** | ■ D  __2.26__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.37 | **A.G. Dillard, III** <br> **3410 Carrol Creek Road** <br> **Keswick, VA 22947** | **CAT Commercial Financial** | ■ D  __2.27__ <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | A.G. Dillard, Inc | Case number *(if known)* | **22-60115-RBC** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.38 | **A.G. Dillard, III** | 3410 Carrol Creek Road<br>Keswick, VA 22947 | **CAT Commercial Financial** | ■ D __2.28__<br>☐ E/F _____<br>☐ G _____ |
| 2.39 | **A.G. Dillard, III** | 3410 Carrol Creek Road<br>Keswick, VA 22947 | **CAT Commercial Financial** | ■ D __2.29__<br>☐ E/F _____<br>☐ G _____ |
| 2.40 | **A.G. Dillard, III** | 3410 Carrol Creek Road<br>Keswick, VA 22947 | **CAT Commercial Financial** | ■ D __2.30__<br>☐ E/F _____<br>☐ G _____ |
| 2.41 | **Alan G. Dillard, III** | 3410 Carrol Creek Rd.<br>Keswick, VA 22947 | **1st Source Bank** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.42 | **Priam's Gate, LLC** | 295 Memory Lane<br>Troy, VA | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.43 | **Priam's Gate, LLC** | 295 Memory Lane<br>Troy, VA | **Blue Ridge Bank** | ■ D __2.21__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **A.G. Dillard, Inc**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF VIRGINIA

Case number (if known)  **22-60115-RBC**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From **12/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,597,698.00** |
| **For year before that:** From **12/01/2020** to **11/30/2021** | ■ Operating a business<br>☐ Other _____ | **$24,839,384.00** |
| **For the fiscal year:** From **12/01/2019** to **11/30/2020** | ■ Operating a business<br>☐ Other _____ | **$27,165,200.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor    **A.G. Dillard, Inc**

Case number *(if known)* **22-60115-RBC**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | **1st Source Bank**<br>P.O. Box 783<br>South Bend, IN 46624 | 11/30/2021 | $2,868,291.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **CARTER MACHINERY CO.**<br>P.O. Box 3096<br>Salem, VA 24153 | 11/18/2021-0<br>2/07/2022 | $470,979.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **Euro Pave Inc.**<br>3182 Golansky Blvd.<br>Suite 102<br>Woodbridge, VA 22192 | 01/27/2022 | $20,700.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **LUCK STONE**<br>LUCK STONE CORPORATION<br>P.O. Box 22696<br>New York, NY 10087-2696 | 11/22/2021 | $58,612.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | **FERGUSON ENTERPRISES, INC.**<br>505 Garret Street<br>Charlottesville, VA 22902 | 12/30/2021-0<br>2/03/2022 | $76,259.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. | **United Rental**<br>P.O. Box 100711<br>Atlanta, GA 30384-0711 | 12/02/2021 | $25,851.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. | **Roudabush, Gale & Assoc., Inc.**<br>435 Merchant Walk Square<br>Suite 300-159<br>Charlottesville, VA 22902 | 01/26/2022 | $7,484.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.8. | **S.L. Williamson Co, Inc.**<br>1230 River Road<br>Charlottesville, VA 22902 | 11/22/2021-0<br>1/26/2022 | $108,133.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **A.G. Dillard, Inc**                                    Case number *(if known)*  **22-60115-RBC**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.9. | **Shelton & Company, CPAs, P.C.**<br>P.O. Box 10068<br>Lynchburg, VA 24506 | **11/29/2021** | **$15,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.10. | **Anthem**<br>P.O. Box 645438<br>Cincinnati, OH 45264 | **11/22/2021-0<br>1/20/2022** | **$85,075.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Healthcare** |
| 3.11. | **TIGER FUEL COMPANY**<br>Attn: Jill Strain<br>P.O. Box 1607<br>Charlottesville, VA 22902-1607 | **11/22/2021** | **$40,370.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. | **ACF Environmental**<br>P.O. Box 758763<br>Baltimore, MD 21275-8763 | **01/26/2022** | **$21,111.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.13. | **Guardian Insurance**<br>P.O. Box 677458<br>Dallas, TX 75267 | **11/22/2021-0<br>1/20/2022** | **$13,688.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |
| 3.14. | **FORTLINE Waterworks**<br>P.O. Box 744053<br>Atlanta, GA 30384-4053 | **01/26/202-01/<br>28/2022** | **$76,647.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. | **Bank of the James**<br>828 Main Street<br>Lynchburg, VA 24504 | **11/22/2021-0<br>1/26/2022** | **$55,364.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Unsecured Debt (Credit Card)** |
| 3.16. | **A & A Contractors LLC**<br>12301 Old Stage Road<br>Chester, VA 23836 | **01/26/2022** | **$24,680.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **A.G. Dillard, Inc**

Case number *(if known)* **22-60115-RBC**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.17. | **Adams Construction Co.**<br>P.O. Box 12627<br>Roanoke, VA 24027 | 12/17/2021 | $7,694.42 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18. | **Selective Insurance Co**<br>Box 371468<br>Pittsburgh, PA 15250 | 11/22/2021-0<br>2/04-2022 | $18,810.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |
| 3.19. | **RICHMOND LOT STRIPING & SEAL**<br>271 Echo Meadows Rd.<br>Rockville, VA 23146 | 01/26/2022 | $19,641.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20. | **Exact Stormwater Mgmt**<br>P.O. Box 1301<br>Midlothian, VA 23113 | 01/26/2022 | $11,583.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21. | **RJ Reuter LLC**<br>91 River Street<br>Milford, CT 06460 | 01/14/2022-0<br>2/08/2022 | $78,534.45 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.22. | **Hirschler Fleischer**<br>2100 E. Cary Street<br>Richmond, VA 23223 | 12/31/2021-0<br>2/08/2022 | $35,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.23. | **Piedmont Concrete Contractors**<br>2811 Hydraulic Road<br>Charlottesville, VA 22901 | 02/01/2022 | $14,950.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.24. | **CP & P, LLC**<br>210 Stone Spring Road<br>Harrisonburg, VA 22801 | 12/02/2021 | $16,614.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **A.G. Dillard, Inc**                                    Case number *(if known)*  **22-60115-RBC**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.25. **WINCHESTER BUILDING SUPPLY**<br>**DBA WINCHESTER PRECAST**<br>P.O. Box 1391<br>Indiana, PA 15701 | 12/01/2021 | $57,580.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.26. **Encova Insurance**<br>P.O. Box 11285<br>Charleston, WV 25339 | 01/31/2022 | $8,452.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Insurance__ |
| 3.27. **Blue Ridge Bank**<br>P.O. Box 609<br>Luray, VA 22835 | | $661,547.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.28. **Priam's Gate LLC**<br>295 Memory Lane<br>Troy, VA 22974 | | $78,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Rent__ |
| 3.29. **CAT Commercial Financial Co.**<br>P.O. Box 13834<br>Newark, NJ 07188 | 11/30/2021 | $12,075.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.30. **AvTech**<br>6995 Union Park Center<br>Suite 400<br>Cottonwood Heights, UT 84047 | | $83,658.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.31. **TR Industries**<br>295 Memory Lane<br>Troy, VA 22974 | | $40,853.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.32. **Stearns**<br>P.O. Box 750<br>Albany, MN 56307 | | $22,184.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | A.G. Dillard, Inc | Case number *(if known)* | **22-60115-RBC** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.33. **BOXLEY MATERIALS CO.**<br>P.O. Box 745855<br>Atlanta, GA 30374-5855 | | $22,138.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.34. **ALLIED CONCRETE CO.**<br>P.O. Box 1647<br>Charlottesville, VA 22902 | | $16,597.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.35. **Lincoln Surveying**<br>632 Berkmar Circle<br>Charlottesville, VA 22901 | | $15,671.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.36. **NaVista**<br>201 Executive Center Dr.<br>Suite 100<br>Columbia, SC 29210 | | $15,137.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.37. **Blue Bridge Financials LLC**<br>Two Fountain Square<br>11921 Freedom Dr., Ste. 1130<br>Reston, VA 20190 | | $13,812.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.38. **Great Lakes Petroleum**<br>P.O. Box 936940<br>Atlanta, GA 31193 | | $13,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.39. **Cosner Brothers Body Shop**<br>1538 East High Street<br>Charlottesville, VA 22902 | | $12,855.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.40. **Pawnee Equip Rec 2021**<br>P.O. Box 736166<br>Dallas, TX 75373-6166 | | $12,409.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **A.G. Dillard, Inc**

Case number (if known)  **22-60115-RBC**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.41. **BSB Leasing**<br>P.O. Box 3892<br>Seattle, WA 98124-3892 | | $12,108.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.42. **Xylem Dewatering Solutions Inc.**<br>26717 Network Place<br>Chicago, IL 60673 | | $10,704.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.43. **HD Suppy/Whitecap**<br>P.O. Box 4852<br>Orlando, FL 32802-4852 | | $9,761.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.44. **Landscape Supply Inc.**<br>P.O. Box 12706<br>Roanoke, VA 24027 | | $9,685.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.45. **Department of Motor Vehicles**<br>**Motor Carrier Services**<br>P.O. Box 27412<br>Richmond, VA 23269-0001 | | $8,733.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.46. **Channel**<br>11100 Wayzata Blvd.<br>#305<br>Minnetonka, MN 55305 | | $8,688.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.47. **Jones Automotive**<br>**All Star Auto Parts**<br>P.O. Box 910<br>Troy, VA 22974 | | $7,513.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.48. **Verizon Wireless**<br>P.O. Box 16810<br>Newark, NJ 07101-6810 | | $7,097.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor | A.G. Dillard, Inc | Case number *(if known)* | 22-60115-RBC |
|---|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Alan G. Dillard, III**<br>**3410 Carroll Creek Rd.**<br>**Keswick, VA 22947**<br>**Shareholder and Owner** | | **$312,000.00** | **Rent** |
| 4.2. **Daphne Dillard**<br>**P.O. Box 72**<br>**Keswick, VA 22947**<br>**Mother of Shareholder** | | **$27,996.00** | **Loan Payment** |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Debtor | A.G. Dillard, Inc | | Case number *(if known)* | **22-60115-RBC** |
| --- | --- | --- | --- | --- |

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- | --- |
| 9.1. | **American Heart Association**<br>**4217 Park Place Court**<br>**Glen Allen, VA 23060** | **Charitable Contribution** | **3-29-2021** | **$7,500.00** |
| | Recipients relationship to debtor | | | |

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **Hirschler Fleischer**<br>**2100 E. Cary Street**<br>**Richmond, VA 23223** | | **12/31/2021-**<br>**02/07/2022** | **$35,000.00** |
| | Email or website address<br>**www.hirschlerlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **RJ Reuter LLC**<br>**91 River Street**<br>**Milford, CT 06460** | | **12/06/2021-**<br>**02/08/2022** | **$78,534.45** |
| | Email or website address<br>**www.rjreuter.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of this case within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

---

| Debtor | A.G. Dillard, Inc | Case number (if known) | 22-60115-RBC |
|--------|-------------------|------------------------|--------------|

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|--------------------------|-----------------------------------|---------------------------|-----------------------|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|------------------------------|-----------------------------------------------------------------------------------|------------------------|-----------------------|
| 13.1 | **Carter Machinery**<br>**P.O. Box 3096**<br>**Salem, VA 24153** | **Vehicles, Machinery, & Equipment** | **11/12/2021** | **$3,750,000.00** |
| | **Relationship to debtor**<br>**Service Provider** | | | |
| 13.2 | **1st Source Bank**<br>**P.O. Box 783**<br>**South Bend, IN 46624** | **Proceeds of Sale of Vehicle Truck** | **11/18/2021** | **$135,000.00** |
| | **Relationship to debtor**<br>**Secured Lender** | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---------|----------------------------|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|---------------------------------------------------------------------------|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

| Debtor | A.G. Dillard, Inc | Case number *(if known)* | 22-60115-RBC |
|--------|-------------------|--------------------------|--------------|

☐ No Go to Part 10.

■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|--------------|---------------------------------------------|
| **AG Dillard, Inc. 401K** | EIN: **54-0922048** |

Has the plan been terminated?

■ No

☐ Yes

---

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|----------------------------------------|----------------------------------|-------------------------------|------------------------------------------------------|------------------------------------------|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|------------------------------------------|--------------------------------------------|------------------------------|------------------------|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|----------------------------|------------------------------------|------------------------------|------------------------|
| **Louisa County Airport**<br>**335 Industrial Drive**<br>**Louisa, VA 23093** | **Alan Dillard** | **Empty** | ■ No<br>☐ Yes |

---

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly

---

| Debtor | A.G. Dillard, Inc | Case number *(if known)* | 22-60115-RBC |
|--------|-------------------|--------------------------|--------------|

owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---------------------------|----------------------------------|--------------------|----------------|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|------------------------------------|-----------------------------|----------------|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|------------------------------------|-----------------------------|----------------|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|-----------------------|-------------------------------------|----------------------------|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|------------------|----------------------------|
| 26a.1.  **Shelton & Co. CPAs**<br>**P.O. Box 10068**<br>**Lynchburg, VA 24506** | **2009 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|------------------|----------------------------|
| 26b.1.  **Shelton & Co. CPAs**<br>**P.O. Box 10068**<br>**Lynchburg, VA 24506** | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | A.G. Dillard, Inc | Case number *(if known)* | **22-60115-RBC** |

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.2. | **RJ Reuter LLC**<br>**91 River Street**<br>**Milford, CT 06460** | **December 2021 -**<br>**Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | **1st Source Bank**<br>**P.O. Box 783**<br>**South Bend, IN 46624** |
| 26d.2. | **Blue Ridge Bank**<br>**P.O. Box 609**<br>**Luray, VA 22835** |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Alan G. Dillard, III** | **3410 Carrol Creek Rd.**<br>**Keswick, VA 22947** | **President** | **100** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Joshua Rector** | **5372 Jones Mill Rd.**<br>**Crozet, VA 22932** | **Vice President/Secretary** | **0** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Bruce Neidlinger** | **2726 Jasmine Terrace**<br>**Charlottesville, VA 22911** | **CFO** | **2018 to April 2020** |

| Debtor | A.G. Dillard, Inc | Case number *(if known)* | 22-60115-RBC |
|---|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Alan G. Dillard, III**<br>**3410 Carrol Creek Road**<br>**Keswick, VA 22947** | **$732,800** | **2021** | **Salary** |
| | Relationship to debtor<br>**Shareholder & President** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| **A.G. Dillard Inc. 401K** | **EIN:   54-0922048** |

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      March 3, 2022

/s/ Alan G. Dillard, III                          Alan G. Dillard, III
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor      President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No

☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy