**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**

| In re:   A.G. Dillard, Inc.<br><br>DEBTOR | CASE NO.   22-60115<br><br>CHAPTER:   11 |
|---|---|
| 1st Source Bank<br><br>MOVANT<br><br>v.<br><br>A.G. Dillard, Inc.<br><br>RESPONDENT | |

**MOVANT'S CERTIFICATION REQUIRED WITH**
**RESPECT TO MOTION FOR RELIEF FROM STAY**

1. Description of Property: Equipment and Vehicles used for construction and excavation

2. Copies of Security Instruments:  Attached to Motion as Exhibits No.s A-L

3. Statement of Amount Due:
    (a) Unpaid Principal:  $1,230,344.99
    (b) Accrued Interest from a specific date to a specific date:  $18,166.49 (from April 30, 2018 to February 9, 2022)
    (c) Late Charges from a specific date to a specific date:  $7,671.09 (from April 30, 2018 to February 9, 2022)
    (d) Attorney's fees:  $0
    (e) Advances for Taxes, Insurance, and the Like:  Not Applicable
    (f) Unearned Interest:  Not Applicable
    (g) Any Other Charges: Not Applicable
    (h) Dates of missed contractual payments as of date of Motion for Relief: 11/19/21; 11/21/21; 12/3/21; 12/5/21; 12/6/21; 12/7/21; 12/13/21; 12/19/21; 12/21/21; 1/1/22; 1/3/22; 1/5/22; 1/6/22; 1/7/22; 2/1/22; 2/3/22; 2/5/22; 2/6/22; 2/7/22; 2/13/22; 2/19/22; 2/22/22

4. A Per Diem Interest Factor:  $175.06

5. Movant's valuation of property: $ 1,579,488
   Basis of such valuation: Valuation derived from a combination of sources. For the majority of the equipment, the valuation was determined by a review of comparable equipment on Machinery Trader https://www.machinerytrader.com and Truck Paper https://www.truckpaper.com/, as indicated in Movant's Exhibit No. 1, attached. Machinery Trader and Truck Paper incorporate actual sale of like equipment throughout the nation by incorporating actual sales from around the country and world. Valuation was performed by representatives of Movant with experience in valuing and selling similar equipment. With regard to two items of equipment for which Machinery Trader and Truck Paper had insufficient information, Charles Nelson, Senior Risk Officer in the Specialty Finance Group Collateral Management of the Movant engaged Miedema Asset Management Group, a consultant qualified to value such equipment. A true copy of the email communicating the fair market value and fair liquidation value of such equipment, as indicated in Movant's Exhibit No. 1, is attached hereto as Movant's Exhibit No. 2.

   Appraisal or other documentation of such valuation, if attached, is identified as Movant's Exhibit No. 1.

I HEREBY CERTIFY, as a Member of the Bar of the Court, that I represent the above-named Movant(s) and that the information contained herein is true according to the best of my knowledge and belief.

DATED: March 5, 2022                                        /s/ *Michael E. Hastings*
                                                            Signature of Movant's Attorney

\*\*\* ALL BLANKS MUST BE COMPLETED
    IF THE ANSWER IS NONE OR NOT
    APPLICABLE, PLEASE SO STATE.

A. G. Dillard, Inc. Collateral

| Unit # | Year | Make | Model | Description | Serial Number | OLV as of 3/4/2022 | Odometer as of 1/27/22 | Source of Value |
|---|---|---|---|---|---|---|---|---|
| 1217 | 2018 | Kenworth | T370 | Mechanic's Truck | 2NKHHJ7X9JM224925 | 42,900 | 72,849 | Truck Paper |
| 1060 | 2019 | Kenworth | T880 | Dump Truck | 1NKZXP0X5KJ251049 | 159,383 | 146,755 | Truck Paper |
| 1059 | 2019 | Kenworth | T880 | Dump Truck | ...J251048 | 159,383 | 144,195 | Truck Paper |
| 1220 | 2019 | Kenworth | T370 | Mechanic's Truck | 2NKHHJ7X6KM258936 | 42,900 | 43,786 | Truck Paper |
| 2103 | 2019 | Rhodes | Warrior | 32' dump trailer | 1A9SD3236KP432903 | 57,500 | N/A | Miedema Asset Management Group |
| 397 | 2018 | Gomaco | GT-3300 | Concrete Curb Mach | 903100-357/3300 | 70,500 | Unknown | Miedema Asset Management Group |
| 1062 | 2020 | Kenworth | T880 | Dump Truck | 1NKZXP0X8LJ341524 | 166,443 | 119,113 | Truck Paper |
| 1063 | 2020 | Kenworth | T880 | Dump Truck | 1NKZXP0XXLJ341525 | 166,443 | 122,377 | Truck Paper |
| 1064 | 2020 | Kenworth | T880 | Dump Truck | 1NKZXP0X1LJ341526 | 166,443 | 117,623 | Truck Paper |
| 1065 | 2020 | Kenworth | T880 | ruck w/ 15'x102" dec | 1NKZL40X0LJ385544 | 144,580 | 84,814 | Truck Paper |
| 400 | 2018 | Caterpillar | 299D2 | Skid Steer | FD203778 | 50,023 | Unknown | Machinery Trader |
| 420 | 2018 | Caterpillar | 299D2 | Skid Steer | FD204588 | 50,023 | 2,574 | Machinery Trader |
| 418 | 2018 | Caterpillar | 299D2 | Skid Steer | FD204709 | 50,023 | Unknown | Machinery Trader |
| 388 | 2013 | Caterpillar | 320ELRR | Hyd. Excavator | TFX00767 | 61,352 | 6,176 | Machinery Trader |
| 405 | 2018 | Caterpillar | CP44B | Compactor | 4P400246 | 72,000 | Unknown | Machinery Trader |
| 417 | 2018 | Caterpillar | D6K2LGP | Crawler Dozer | EL700491 | 74,745 | Unknown | Machinery Trader |
| 386 | 2017 | Caterpillar | D6K2LGP | Crawler Dozer | JTR00893 | 44,847 | Unknown | 60% advance rate of the Machinery Trader value used. Jay Penn indicated that DEF (Diesel Exhaust Fluid) was added to the hydraulic reservoir which compromised the entire system cost to fix unknown |
| | | | | | | **$1,579,488** | | |

EXHIBIT NO. 2

# Courtney Rhoades

**Subject:** FW: EXT: RE: Favor

---

**From:** Rick Rozenboom <rozenboomr@1stsource.com>
**Sent:** Friday, March 4, 2022 12:53 PM
**To:** Courtney Rhoades <rhoadesc@1stsource.com>
**Subject:** FW: EXT: RE: Favor

fyi

**From:** Charles Nelson <nelsonc@1stsource.com>
**Sent:** Tuesday, February 15, 2022 3:47 PM
**To:** Rick Rozenboom <rozenboomr@1stsource.com>
**Subject:** FW: EXT: RE: Favor

FYI

**From:** Brennen Lubbers <brennen@1800lastbid.com>
**Sent:** Tuesday, February 15, 2022 3:26 PM
**To:** Charles Nelson <nelsonc@1stsource.com>
**Subject:** EXT: RE: Favor

Hi Charlie,

Please see below.  I provided a range for Fair Market Value and for Forced Liquidation Value.

The dump trailer, if nice, could be worth up to 10% more than I have here.  They are in demand right now and selling very well at auction.

I have a customer that just retailed their 2018 Gomaco GT-3600 (1 model larger) for 116k.  I used that for the FMV as there are not a lot of other comps out there for units this new, and that is a great recent comp to compare with.  I adjusted slightly for their model being smaller model.  Curb machines do not tend to auction well, that's why you see the larger range between FMV and FLV on that unit.


2019	Rhoades	Warrior	32' dump trailer (assumed AR450 model w/ Quad Axle) :
FMV-60-65k
FLV-55-60k

2018	Gomaco	GT-3300	Concrete Curb Mach
FMV-95-105k
FLV--66-75k

Hope this helps.  Let me know if you have any questions on this.

Sincerely,

**Brennen Lubbers** | Operations Manager

1

Miedema Asset Management Group | Direct Sales – 1800asset.com
o 800.527.8243 | c 616.265.6842 | f 616.538.5230
601 Gordon Industrial Court, Byron Center, MI 49315



---

**From:** Tracy Keegstra <tracy@miedemaappraisals.com>
**Sent:** Tuesday, February 15, 2022 2:49 PM
**To:** Charles Nelson <nelsonc@1stsource.com>
**Cc:** Brennen Lubbers <brennen@1800lastbid.com>
**Subject:** RE: Favor

Hi Charlie,

I have added Brennen Lubbers to this email.  He will be able to assist with the opinion of value.  No charge!

*Tracy Keegstra* | President | Miedema Appraisals, Inc.
w 616.878.3470 | c 616.307-1726 | f 616.538.5230
601 Gordon Industrial Court, Byron Center, MI 49315

---

**From:** Charles Nelson <nelsonc@1stsource.com>
**Sent:** Tuesday, February 15, 2022 2:42 PM
**To:** Tracy Keegstra <tracy@miedemaappraisals.com>
**Subject:** Favor

Tracy,

I was wondering if you would give me your opinion of a ballpark value of the equip below not knowing anything other than that they are in average shape with average hours?  Thanks.

| 2019 | Rhodes | Warrior | 32' dump trailer |
| 2018 | Gomaco | GT-3300 | Concrete Curb Mach |

Charlie

2