UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| In re: A.G. DILLARD, INC., | CASE NO. 22-60155 (RBC) |
|---|---|
| DEBTOR | CHAPTER: 11 |
| BREEDEN CONSTRUCTION, LLC     MOVANT,<br>v.<br>A.G. DILLARD, INC.,<br>    RESPONDENT) | |

MOVANT'S CERTIFICATION REQUIRED WITH
RESPECT TO MOTION FOR RELIEF FROM STAY

1. Description of Property:   Contract rights to draws and retainage.
2. Copies of Security Instruments:   Ex. A   Berkmar Landing Apartments Subcontract
       Ex. B   Presidio Apartments Subcontract
3. Statement of Amount Due:
   (a) Unpaid Principal:   N/A
   (b) Accrued Interest from a specific date to a specific date: N/A
   (c) Late Charges from a specific date to a specific date: N/A
   (d) Attorney's fees:   $22,668.86.
   (e) Advances for Taxes, Insurance, and the Like: N/A
   (f) Unearned Interest:   N/A
   (g) Any Other Charges:

   | Charge | Project | Amount |
   |---|---|---|
   | Unpaid Subcontractors | Berkmar | 468,990.24 |
   |  | Presidio | 1,073,728.23 |
   | Estimated Cost to Complete | Berkmar | 1,139,767.60 |
   |  | Presidio | 2,962,661.75 |

   (h) Dates of missed contractual payments as of date of Motion for Relief:   N/A.
4. A Per Diem Interest Factor:   N/A
5. Movant's valuation of property:

   | Contract Right | Project | Amount |
   |---|---|---|
   | Retainage | Berkmar | 486,483.10 |
   | Retainage | Presidio | 516,344.10 |
   | Withheld draws | Presidio | 353,092.72 |

Basis of such valuation: contract rights to date.
A summary of each contract status, including withheld draws, retainage, unpaid subcontractors of the debtor, and estimated costs to complete as of 3/10/2022 is attached as Exhibit C.

I HEREBY CERTIFY, as a Member of the Bar of the Court, that I represent the above-named Movant(s) and that the information contained herein is true according to the best of my knowledge and belief.

DATED:  3/10/2022                                                  /s/ *Paul A. Driscoll*
                                                                      Signature of Movant's Attorney

*** ALL BLANKS MUST BE COMPLETED
    IF THE ANSWER IS NONE OR NOT
    APPLICABLE, PLEASE SO STATE.