IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION (LYNCHBURG)

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | CASE NO. 22-60115 |
| A.G. DILLARD, INC., | ) | |
| | ) | |
| Debtor(s). | ) | |

_____

NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 9010, the undersigned notes his appearance in the above-captioned case on behalf of and as counsel for Falcon Leasing, a Division of Falcon National Bank.

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rule 2002(g), request is hereby made that any and all notices given and/or required to be given in this case be served upon the undersigned at the address set forth below:

STEVEN L. HIGGS, P.C.
Steven L. Higgs, Esq.
9 Franklin Road, S.W.
Roanoke, Virginia  24011-2403
(540) 400-7990

This request is intended to include, without limitation, all orders, pleadings, motions, notices of motions, applications, complaints, notices of hearings, notices to creditors and other parties in interest, petitions, disclosure statements plans, findings of fact by the Court, and memoranda or briefs related to any of the foregoing.

Respectfully submitted,

STEVEN L. HIGGS, P.C.

/s/ Steven L. Higgs

Steven L. Higgs
For the Firm

STEVEN L. HIGGS, P.C. (VSB # 90566)
Steven L. Higgs (VSB # 22720)
9 Franklin Road, S.W.
Roanoke, Virginia  24011-2403
(540) 400-7990 Telephone
(540) 400-7999 Facsimile

Counsel for Falcon Leasing, a Division of Falcon National Bank

CERTIFICATE OF MAILING

The undersigned does hereby certify that a true and correct copy of the foregoing was served electronically on March 15, 2022, to:

Robert S. Westermann, Esq.
Hirschler Fleischer, P.C.
P.O. Box 500
Richmond, Virginia 23218-0500
    Counsel for A.G. Dillard, Inc.

U.S. Trustee's Office, Trustee
210 First Street, S.W., Suite 505
Roanoke, Virginia 24011

  /s/ Steven L. Higgs
        Of Counsel

Our File No. 22100.001\\FILES\22100.001\NOTAP\03/15/22