# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| *IN RE*: | : |
| | : |
| A.G. DILLARD, INC., | :   Case No.: 22-60115-RBC |
| | :   (Chapter 11) |
| Debtor | : |

## LINE WITHDRAWING PROOF OF CLAIM

COMES NOW Channel Partners Capital, LLC d/b/a Channel Partners Equipment Finance, by and through counsel, and files this Line Withdrawing its Proof of Claim (Claim 10) filed on March 15, 2022, which was inadvertently filed in error.

Respectfully submitted,

**THE LAW OFFICES OF RONALD S. CANTER, LLC**

*/s/ Bradley T. Canter*
Bradley T. Canter, Esquire, #86766
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
bcanter@roncanterllc.com
**Counsel for Creditor,**
**Channel Partners Capital, LLC**
**d/b/a Channel Partners Equipment Finance**

## CERTIFICATE OF SERVICE

  The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by Electronic Notification pursuant to ECF procedures on this 15th day of March, 2022 to:

Brittany Berlauk Falabella, Esquire
Robert S. Westermann, Esquire
Hirschler Fleischer, A Professional Corp
2100 East Cary Street
Richmond, VA 23218-0500
bfalabella@hirschlerlaw.com
rwestermann@hirschlerlaw.com
**Counsel for Debtor**

Peter Barrett, Esquire
Jeremy Shane Williams, Esquire
Kutak Rock, LLP
901 E. Byrd St., Ste. 1000
Richmond, VA 23219
peter.barrett@kutakrock.com
jeremy.williams@kutakrock.com
**Counsel for Official Committee of Unsecured Creditors**

and mailed, first class, postage pre-paid this 15th day of March, 2022, to:

A.G. Dillard, Inc.
295 Memory Lane
Troy, Virginia 22974
**Debtor**

              */s/ Bradley T. Canter*
              Bradley T. Canter