UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

IN RE:  Chapter 11

A.G. DILLARD, INC.,  Case No. 22-60115

    Debtor.

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE PURSUANT TO FED. R. BANKR.P. 9010

Pursuant to Fed. R. Bankr. P. 9010, Neal L. Walters, Esquire, hereby gives notice of entry of appearance on behalf of Pawnee Leasing Corporation, and requests that all notices, pleadings, motions, applications, and other documents filed and/or served in this case be given to and served, whether electronically or otherwise on:

    Neal L. Walters, Esquire
    Scott|Kroner, PLC
    418 East Water Street
    Charlottesville, VA 22902

This request is intended to include, without limitation, all orders, pleadings, motions, notices of motions, applications, complaints, notices of hearings, notices to creditors and other parties in interest, petitions, disclosure statements, plans, findings of fact by the Court, and memoranda or briefs related to any of the foregoing.

    Respectfully submitted,

    PAWNEE LEASING CORPORATION,

    by counsel.

s/Neal L. Walters  
Neal L. Walters, Esq.  
Virginia State Bar No. 32048  
Attorney for Pawnee Leasing Corporation  
Scott│Kroner PLC  
418 East Water Street  
P.O. Box 2737  
Charlottesville, VA 22902  
Telephone: (434) 296-2161  
Fax: (434) 293-2073  
E-mail: nwalters@scottkroner.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: N/A.

s/Neal L. Walters  
Neal L. Walters, Esq.  
Attorney for Plaintiff  
Scott│Kroner PLC  
418 East Water Street  
P.O. Box 2737  
Charlottesville, VA 22902  
Telephone: (434) 296-2161  
Fax: (434) 293-2073  
E-mail: nwalters@scottkroner.com