**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION (LYNCHBURG)**

In Re:

A.G. DILLARD, INC.,                                              CHAPTER 11
        Debtor in Possession
                                          Case No. 22-60115-RBC

FALCON LEASING, a Division
of Falcon National Bank,
        Movant

v.

A.G. DILLARD, INC.,
        Respondent.

**NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC**
**STAY PROVISION OF 11 U.S.C. § 362(a)**

To: The Debtor and other entities to receive notice pursuant to Local Rule 9013-1(H).

**TAKE NOTICE**, Falcon Leasing, a division of Falcon National Bank, by and through its undersigned attorney, has moved the Court for the relief requested in the attached Motion for Relief from Automatic Stay (the "Motion") in the United States Bankruptcy Court for the Western District of Virginia, Lynchburg Division.

The Court will hold a hearing on the Motion at **11:00 a.m. on Thursday, May 5, 2022**, before the Honorable Rebecca B. Connelly via Zoom. To obtain a Zoom Meeting ID number for any of the above dates, please email VAWBml_Connelly_Scheduling@vawb.uscourts.gov.

Dated this 29th day of March, 2022                  Respectfully submitted,

                                                                           STEVEN L. HIGGS, P.C.

                                                                           /s/ Steven L. Higgs

                                                                           Steven L. Higgs
                                                                           For the Firm

STEVEN L. HIGGS, P.C. (VSB # 90566)
Steven L. Higgs (VSB # 22720)
9 Franklin Road, S.W.
Roanoke, Virginia 24011-2403
(540) 400-7990 Telephone
(540) 400-7999 Facsimile
higgs@higgslawfirm.com

Counsel for Falcon Leasing, a Division of Falcon National Bank

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of April, 2022, a true and correct copy of the foregoing was sent electronically to any party receiving ECF notifications in this proceeding, and or was mailed USPS First-Class Mail, postage prepaid, upon the following:

>Robert S. Westermann, Esq.
>Hirschler Fleischer, P.C.
>P.O. Box 500
>Richmond, Virginia 23223
>
>Office of the U. S. Trustee
>210 First Street, S.W., Suite 505
>Roanoke, Virginia 24011
>
>Official Committee of Unsecured Creditors
>c/o Peter J. Barrett
>Kutak Rock LLP
>901 E. Byrd St., Ste. 1000
>Richmond, VA 23219