IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION (LYNCHBURG)

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | CASE NO. 22-60115 |
| A.G. DILLARD, INC., | ) | |
| | ) | |
| Debtor(s). | ) | |
| ------------------------------------------------------------- | ) | |
| | ) | |
| Falcon Leasing, a Division of Falcon National Bank, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Motion No. _____ |
| | ) | |
| A.G. DILLARD, INC., | ) | |
| and | ) | |
| U.S. TRUSTEE'S OFFICE, Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

**MOVANT'S CERTIFICATION REQUIRED WITH
RESPECT TO MOTION FOR RELIEF FROM STAY**

TO THE HONORABLE REBECCA B. CONNELLY:

1. Description of Property: 2019 Caterpillar 336 Excavator, Serial No. DKS01790

2. Copies of Security Instruments: Filed with Movant's Motion for Relief from Stay as Exhibit 1.

3. Statement of Amount Due:
   a. Unpaid Principal (Current Balance):           $238,415.29
   b. Accrued Interest from _____ to _____:       $   N/A
   c. Late Charges from _____ to _____:             $   N/A
   d. Attorney's Fees:                              $   TBD
   e. Advances for Taxes, Insurance, etc.:          $   N/A
   f. Unearned Interest:                            $   N/A
   g. Other Charges:                                $ _____

4. Per Diem/Annual Interest: % N/A

5.    Detailed Report of Appraiser: $163.000 (Debtor's Schedules); $195,070 (Machinery Trader Valuations, filed herewith).

Basis of such valuation: Movant respectfully moves pursuant to the provisions of Va. Code Ann. § 8.01-419.1 and Rule 201 of the Federal Rules of Evidence that the Court take notice of the Debtor's scheduled valuation of $163,000.00, and the average value of $195,070 set forth on the Machinery Trader website, and industry standard for the valuation of such equipment.

The undersigned does hereby certify, as a Member of the Bar of this Court, that I represent the above-named Movant(s) and that the information contained herein is true according to the best of my knowledge and belief.

DATE: APRIL 24, 2022

By /s/ Steven L. Higgs
Of Counsel

STEVEN L. HIGGS, P.C. (VSB # 90566)
Steven L. Higgs (VSB # 22720)
9 Franklin Road, S.W.
Roanoke, Virginia  24011-2403
(540) 400-7990 Telephone
(540) 400-7999 Facsimile

Counsel for Falcon Leasing, a Division of Falcon National Bank

CERTIFICATE OF MAILING

The undersigned does hereby certify that a true and correct copy of the foregoing was mailed by first class mail, postage prepaid, or served electronically on April 24, 2022, to:

Robert S. Westermann, Esq.
Hirschler Fleischer, P.C.
P.O. Box 500
Richmond, Virginia 23218-0500
Counsel for   A.G. Dillard, Inc.

A.G. Dillard, Inc. (with enclosures\N)
295 Memory Lane
Troy, Virginia 22974

U.S. Trustee's Office, Trustee
210 First Street, S.W., Suite 505
Roanoke, Virginia 24011

   /s/ Steven L. Higgs

Our File No. 22100.001\\FILES\22100.001\MRS - Vehicle - Movants Certification\04/24/22