**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
Lynchburg Division

| | |
|---|---|
| IN RE: | Chapter 11 |
| A.G. DILLARD, INC., | Case No. 22-60115-RBC |
| Debtor. | |

==================================

PAWNEE LEASING CORPORATION,

    Movant,

v.

A.G. DILLARD, INC., and UNITED
STATES TRUSTEE, Trustee,

    Respondents.

**MOVANT'S CERTIFICATION REQUIRED WITH**
**RESPECT TO MOTION FOR RELIEF FROM STAY**

1. Description of Property:
   (a) CAT RPO 2020 306, Serial # 06G600642
   (b) CAT RPO 2020 Mini 305E 2, Serial #H5M12524
   (c) CAT RPO 2020 Trench Roller RTXL-SC3, Serial #3200117
   (d) Wacker RPO 2019 Trench Roller, Serial #32000225
   (e) CAT RPO2021 Excavator 310, Serial #GWT01376

2. Copies of Security Instruments:   **Attached as Movant's Exhibit 1**

3. Statement of Amount Due:
   (a) Unpaid Principal:   $315,367.47
   (b) Accrued Interest from 11/01/2021 to 05/01/2022:  $1,260.15
   (c) Late Charges from 10/26/2021 to 04/26/2022:  $6,514.69 (7 late charges of $930.67 each)
   (d) Attorney's fees:   $5,995.50
   (e) Advances for Taxes, Insurance, and the Like:   N/A
   (f) Unearned Interest:   N/A

    (g) Any Other Charges:  $95.00 termination fee, $4,673.22 for unpaid personal property taxes due to Fluvanna County

    (h) Dates of missed contractual payments as of date of Motion for Relief:  02/15/2022, 03/15/2022, 04/15/2022, 05/15/2022

4. Per Diem Interest Factor:  $207.36

5. Property valuation:
    (a) Movant's valuation of property:  $327,500.00
    (b) Basis of such valuation:  Desktop FMV Report prepared by RTR Services Inc.
    (c) Appraisal or other documentation of such valuation, if attached, is identified as **Movant's Exhibit 2**

I HEREBY CERTIFY, as a Member of the Bar of the Court, that I represent the above-named Movant and that the information contained herein is true according to the best of my knowledge and belief.

DATED: May 21, 2022                            /s/Neal L. Walters
                                                                Signature of Movant's Attorney

**/s/Neal L. Walters**
Neal L. Walters, Esq.
Virginia State Bar No. 32048
Attorney for Pawnee Leasing Corporation
Scott | Kroner PLC
418 East Water Street
P.O. Box 2737
Charlottesville, VA 22902
Telephone: (434) 296-2161
Fax: (434) 293-2073
E-mail: nwalters@scottkroner.com

      *Counsel for Movant*

\\skserv\Share\Client Files\Pawnee Leasing\Motion for Relief from Stay\2022-05-21 Movant's Certification for Motion for Relief from Stay.docx

## CERTIFICATE OF SERVICE

      I hereby certify that on May 21, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: N/A.

      **/s/Neal L. Walters**
Neal L. Walters, Esq.
Attorney for Plaintiff
Scott    Kroner PLC
418 East Water Street
P.O. Box 2737
Charlottesville, VA 22902
Telephone: (434) 296-2161
Fax: (434) 293-2073
E-mail: nwalters@scottkroner.com

**Movant's Exhibit 1**

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Name: Wolters Kluwer Lien Solutions  Phone: 800-331-3282  Fax: 818-662-4141

B. E-MAIL CONTACT AT FILER (optional)
uccfilingreturn@wolterskluwer.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

82272531

VAVA

File with: State Corporation Commission, VA

Office of the Clerk
Virginia State Corporation Commission
Filing Number: 20210907076929
Filing Date and Time: 9/3/2021 5:00:00 PM
Total Number of Pages: 2

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME: A. G. Dillard, Inc.

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 295 Memory Lane | Troy | VA | 22974 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: C T CORPORATION SYSTEM, AS REPRESENTATIVE

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 330 N Brand Blvd, Suite 700; Attn: SPRS | Glendale | CA | 91203 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
This filing covers the following properties, assets and rights of Debtor, whether now owned or hereafter acquired (collectively the "Collateral"): (a) all personal property described below or on any exhibit attached hereto, which exhibit is incorporated by reference herein ("Specified Items"); (b) any and all additions, replacements, parts, or accessories to the Specified Items; (c) any rental, chattel paper, accounts, security deposits, relating to the Specified Items or the Agreement; and (d) all proceeds of any and all of the foregoing. In the event serial numbers, vehicle identification numbers or similar information is included below, on an exhibit attached hereto or otherwise in the description of Collateral, such information has been added by Secured Party to the best of its information in an effort to avoid confusion but is not intended to, and shall not, limit the above description of Collateral.

Collateral Equipment Exhibit attached

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):  ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
82272531

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

Prepared by Lien Solutions, P.O. Box 29071,
Glendale, CA 91209-9071 Tel (800) 331-3282

## EFA Schedule "A"

| Quantity | Equipment Description | Serial # |
|---|---|---|
| 1 | 2020 Mini Excavator | 06G600642 |
| 1 | 2020 Wacker Roller | 3200117 |
| 1 | 2020 Mini Excavator | H5M12524 |
| 1 | 2019 Wacker Roller | 32000225 |
| 1 | 2021 Mini Excavator | GWT01376 |

**Movant's Exhibit 2**



**To:** Pawnee Leasing  
**Attn:** Shane Dreith  
3801 Automation Way, Suite 207  
Ft. Collins, CO 80525

**Date:**  
**Reference#:** 2029536/SGW

# Desktop FMV Report

**Account Name:** A. G. Dillard, Inc.  
**Account#:** 384666

**Assigned By:** Shane Dreith  
**Phone:** (800) 864-4266

### Asset Description
*(1) 2020 CAT 306 Mini Excavator, S/N:06G600642; (1) 2020 CAT 305E2 Mini Excavator, S/N: H5M12524; (1) 2019 W2 Wacker Roller, S/N: 32000225; (1) 2021 CAT 310-07 Mini Excavator, S/N: GWT01376; (1) W2 Wacker Roller, S/N: 32000117*

The fair market value is based on our educated estimate of the current marketability of the assets and is not a guarantee of the asset(s) value.  The only way to accurately assess an asset's FMV is by a physical inspection of the asset to determine its current condition and marketability.  The party providing this report has not personally inspected the assets and this assessment was determined by the information you have provided.  It is subject to change as new information is provided or discovered.  This is only an assessment of what the current market value of the asset(s) might be, based on a multitude of variables that have been taken into consideration (i.e. age, estimated condition, current market conditions, etc...) and industry reference material and is not intended to be used as a sole determination of any given asset(s) value.  This FMV is intended for use only by the party it is being provided to and the receiver is not authorized to duplicate or distribute it in any manner.

In review of the assets contained in the documents forwarded to us on 2/23/22 we have assessed the following Fair Market Values (FMV):

**Low**            **High**

**Additional Comments / Info:**  
Values are assuming the units are operable, good condition with normal hours.  
2020 Caterpillar 306 Mini FMV $85,000 -$100,000  
2020 Caterpillar 305 EZ  FMV $72,500 - $90,000  
2019 Wacker Neuson RTSC3 FMV $25,000 - $32,000  
2021 Caterpillar 310-07 FMV $120,000 - $140,000  
2019 Wacker Neuson RTSC3 FMV $25,000 - $32,000

**Thank you!  We appreciate your business**

800-238-3294           PO Box 7327, Salem, OR 97303           Fax: 503-399-0421  
www.rtrservices.com