

**SIGNED THIS 1st day of July, 2022**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Lynchburg Division

| | |
|---|---|
| IN RE: <br><br> **A.G. DILLARD, INC.**,[1] <br><br>       **DEBTOR.** | Chapter 11 <br> Case No. 22-60115-RBC |
| **A.G. DILLARD, INC., AS DEBTOR IN POSSESSION,** <br><br>       **MOVANT,** <br><br> **V.** <br><br> **BLUE RIDGE BANK, N.A.,** <br> **1ST SOURCE BANK,** <br> **AVT VIRGINIA, L.P.,** <br> **THE HUNTINGTON NATIONAL BANK,** <br> **BLUE BRIDGE FINANCIAL, LLC,** <br> **ATLANTIC UNION EQUIPMENT FINANCE, COUNTY OF FLUVANNA, VIRGINIA, AND** | **Contested Matter** |

---

[1] The Debtor in this Chapter 11 Case and the last four digits of its taxpayer identification number are as follows: A.G. Dillard, Inc. (2048). The Debtor's headquarters are located at 295 Memory Lane, Troy, Virginia 22974.

CATERPILLAR FINANCIAL SERVICES
CORPORATION,
            RESPONDENTS.

**ORDER GRANTING THE MOTION OF THE DEBTOR FOR (I) AUTHORITY TO SELL PROPERTY OF THE ESTATE AT PRIVATE SALE FREE AND CLEAR OF ALL LIENS, CLAIMS, RIGHTS, AND INTERESTS PURSUANT TO 11 U.S.C. § 363 AND BANKRUPTCY RULE 6004; (II) AUTHORITY RELATED TO CLOSING AND DISTRIBUTION OF SALE PROCEEDS; AND (III) RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of A.G. Dillard, Inc., the Debtor and Debtor-in-Possession (the "**Debtor**"), by its undersigned counsel, seeking an order granting the Debtor (i) the authority to sell property of the estate at private sale, free and clear of all liens, claims, rights, and interests pursuant to 11 U.S.C.§ 363 and Federal Rule of Bankruptcy Procedure ("**Bankruptcy Rule**") 6004, (ii) authority related to the closing and the distribution of the sale proceeds, and (iii) related relief; and the Court having considered the pleadings, evidence, and/or arguments of counsel; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and proper notice of the Motion having been provided to all necessary and appropriate parties; and for good and sufficient cause shown, **IT IS HEREBY ADJUDGED, ORDERED, AND DECREED THAT**:

1.      The Motion is **GRANTED** as provided herein.

2.      The sale to PPL Acquisition Group XIV, LLC and its assigns, and Alex Lyon and Son Sales Managers and Auctioneers, Inc. (collectively, the "**Buyer**") in the amount of $2,862,500.00 (the "**Purchase Price**") is **APPROVED**.  The Purchase Price is to be wired to the

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

Debtor within three (3) business days of the date of entry of this Order to be dispersed consistent with the terms of this Order. Any commission related to this sale will be paid directly by the Buyer in addition to the Purchase Price.

    3.    The Debtor is hereby authorized:

    a. To sell the Equipment described in **Exhibit A** attached to this Order at private sale to the Buyer, free and clear of all liens, claims, rights, and interests pursuant to 11 U.S.C. § 363(f) and Bankruptcy Rule 6004, with the Liens and Claims attaching to the sale proceeds;

    b. To exercise the requisite authority related to the closing and the distribution of the sale proceeds as more fully described in the Motion, including but not limited to the authority to sign and deliver the titles to any titled Equipment and other usual and customary documents necessary for closing the sale; and

    c. To pay from the Purchase Price the proceeds of the sale to the Payees in the respective amounts set forth in **Exhibit B** attached hereto (the "**Payment**") within ten (10) business days of the Debtor's receipt of the Purchase Price from the Buyer.[3]

    4.    The Buyer is deemed to be a good faith purchaser for value within the meaning of 11 U. S. C. § 363(m).

    5.    Upon receipt of the Payment, the Payees shall release their lien(s) on the Equipment within a reasonable period of time and/or as required by applicable state law.

---

[3] Blue Ridge Bank and Blue Bridge Financial have consented to the sale with its designated Payment to be held in escrow pending agreement with the Debtor and the Official Committee of Unsecured Creditors and further order of the Court.

6. Notwithstanding any Bankruptcy Rule to the contrary, this Order shall be immediately effective and enforceable upon its entry, and any applicable stay of this Order is waived in its entirety.

7. This Court shall retain jurisdiction to hear and determine all matters arising from and/or related to the interpretation and/or implementation of this Order.

*\*\*End of Order\*\**

**We ask for this:**

*/s/  Robert S. Westermann*
Robert S. Westermann (VSB No. 43294)
Brittany B. Falabella (VSB No. 80131)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23218-0500
Telephone:     (804) 771-5610
Facsimile:     (804) 644-0957
Email:         rwestermann@hirschlerlaw.com
               bfalabella@hirschlerlaw.com

*Counsel to the Debtor*


**Seen and agreed:**

*/s/ B. Webb King* (with permission)
B. Webb King (VSB No. 47044)
Office of the United States Trustee
First Campbell Square Building
210 First Street, SW
Suite 505
Roanoke, VA 24011
Email: Webb.King@usdoj.gov

*Office of the United States Trustee*


/*s/ Michael D. Mueller* (with permission)
Michael D. Mueller (VSB No. 38216)
WILLIAMS MULLEN
200 South 10th St., Suite 1600
Richmond, Virginia 23219
Email:         mmueller@williamsmullen.com

*Counsel for Blue Ridge Bank, N.A.*

*/s/ Peter J. Barrett* (with permission)
Peter J. Barrett (VSB No. 46179)
KUTAK ROCK LLP
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone: (804) 644-1700
Facsimile: (804) 783-6192
Email: peter.barrett@kutakrock.com

*Counsel for the Official Committee of Unsecured Creditors*

*/s/Michael E. Hastings* (with permission)
Michael E. Hastings (VSB No. 36090)
WOODS ROGERS PLC
10 S. Jefferson Street, Suite 1800
Roanoke, Virginia 24011
Telephone: (540) 798-8133
Facsimile:  (540) 322-3417
Email: mhastings@woodsrogers.com

*Counsel for 1st Source Bank*

*/s/ Brandy M. Rapp* (with permission)
Brandy M. Rapp (VSB No. 71385)
WHITEFORD TAYLOR & PRESTON LLP
10 S. JEFFERSON ST., SUITE 1110
ROANOKE, VA 24011
(540) 759-3577
(540) 759-3567
Email:  brapp@wtplaw.com

*Counsel for Caterpillar Financial Services Corporation*

*/s/ Hannah W. Hutman* (with permission)
Hannah W. Hutman (VSB No. 79635)
HOOVER PENROD PLC
342 South Main Street
Harrisonburg, VA 22801
540-433-2444
540-433-3916
Email:  hhutman@hooverpenrod.com

*Counsel for Fluvanna County, Virginia*

*/s/ Corey S. Booker* (with permission)
Corey S. Booker (Va. State Bar No. 73419)
ATLANTIC UNION EQUIPMENT FINANCE, INC.
1051 East Cary Street, Suite 1200
Richmond, Virginia 23219
Telephone:   804.327.7592
E-mail:   Corey.Booker@Atlanticunionbank.com


*Counsel for Atlantic Union Bank*

/*s/ Andrea Campbell Davison*
Andrea Campbell Davison (VSB No. 78036)
BEAN, KINNEY & KORMAN, P.C.
2311 Wilson Blvd., Suite 500
Arlington, Virginia 22201
(703) 525-4000
(703) 525-2207 (Fax)
Email:  adavison@beankinney.com

*Counsel for Blue Bridge Financial*


*/s/  Charles Livermon* (with permission)
Charles Livermon, Esq.
Womble Bond Dickinson (US) LLP
Phone: (919) 755-2148
Email:  Charlie.Livermon@wbd-us.com

and

Jeffrey Tarkenton (VSB No. 20631)
Womble Bond Dickinson (US) LLP
2001 K Street, NW, Suite 400 South
Washington, DC 20006
(202) 467-6900
(202) 467-6910
Email:  jeffrey.tarkenton@wbd-us.com

*Counsel for Huntington Bank/TCF*

*/s/ Justin Mertz* (with permission)
Justin Mertz, Esq.
Michael Best & Fredrick LLP
Phone: (414) 225-4972
Email: jmmertz@michaelbest.com

And

J. Ellsworth Summers, Jr. (VSB No. 45028)
Burr & Forman
50 North Laura Street, Suite 1800
Jacksonville, FL 32202
(904) 232-7203
(904) 232-7201
Email: esummers@burr.com

*Counsel for AVT Virginia, LP*

**EXHIBIT A**

| Item | Year | Make/Model | Type | Serial No. | Lienholder |
|---|---|---|---|---|---|
| 1 | 2019 | RHODES WARRIOR 32' | DUMP TRAILER | 1A9SD3236KP432903 | 1st Source Bank |
| 2 | 2019 | KENWORTH JJ T880 | DUMP TRUCK | 1NKZXP0X3KJ251048 | 1st Source Bank |
| 3 | 2018 | GOMACO 3300 | Slipform Paver | 903100-357 | 1st Source Bank |
| 4 | 2020 | Western Star 4900-EX | Tractor | 5KJNABFG5LPMD7635 | Atlantic Union Equip. Fin. |
| 5 | 2018 | CAT 335FLCR | Excavator | SGJ20268 | AVT Virginia LP |
| 6 | 2018 | CAT 336FL | Excavator | RKB21183 | AVT Virginia LP |
| 7 | 2018 | CAT 349FL | Excavator | BZ220365 | AVT Virginia LP |
| 8 | 2018 | CAT D8T | Crawler Dozer | FMC01568 | Huntington/TCF (Avtech) |
| 9 | 2007 | CAT 314 CLCR | Excavator | PCA01489 | Blue Bridge Financial |
| 10 | 2019 | Kubota U35-4 | Mini Excavator | 12649 | Blue Bridge Financial |
| 11 | 2019 | Kenworth T370 | Dump Truck | 2NkhLJ9X6KM371863 | Blue Bridge Financial |
| 12 | 1992 | Case 860 | Turbo Trencher | JAF0105070 | Blue Ridge Bank |
| 13 | 2007 | CAT D3GXL | Crawler Dozer | JMH02721 | Blue Ridge Bank |
| 14 | 2007 | MACK CV713 | T/A Dump Truck | 1M2AG11C97M060548 | Blue Ridge Bank |
| 15 | 2016 | GMC 2500 HD SLT | Pickup Truck | 3GTU2MEC5GG242584 | Blue Ridge Bank |
| 16 | 2006 | Ingersoll-Rand DD10S | Tandem Vibratory Roller | 10001 | Blue Ridge Bank |
| 17 | 2019 | Caterpillar | Angle Broom Attachment | 0BX802712 | Blue Ridge Bank |
| 18 | 1985 | Ford F750 | Flatbed Lift Truck | 1FDPK74N6FVA24981 | Blue Ridge Bank |
| 19 | 1998 | Chevrolet S10 LS | Pickup Truck | 1GCCS1947WK246768 | Blue Ridge Bank |
| 20 | 1987 | International S1900 | Single Axle Fuel Truck | 1HTLDTVR1HHA20402 | Blue Ridge Bank |
| 21 | 1994 | Mack MS300 | Single Axle Roll-Back Truck | VG6M118B9RB301177 | Blue Ridge Bank |
| 22 | 1987 | International S1900 | Single Axle Fuel Truck | 1HTLOTVN9HH519622 | Blue Ridge Bank |
| 23 | 1999 | Viper | Screening Plant | V66021 | Blue Ridge Bank |
| 24 | 1986 | Ford 8000 | Tandem Axle Dump Truck | 1FDYU8OU3GVA39537 | Blue Ridge Bank |
| 25 | 2005 | Sundowner Pro Stock 20 | T/A Horse Trailer | 13SAX282651AA6489 | Blue Ridge Bank |
| 26 | 1977 | Ford 515 | Wheel Tractor | C535664 | Blue Ridge Bank |
| 27 | 1998 | Finn T-90-III | Hydro Seeder | T907OR0A228A | Blue Ridge Bank |
| 28 | 1998 | PITTS LT42 | T/A Log Trailer | 1PELT4228WP980370 | Blue Ridge Bank |
| 29 | 2013 | GMC 3500HD W/T | S/A Service Truck | 1GD312CG8DF118133 | Blue Ridge Bank |
| 30 | 1994 | MACK RD690S | T/A Dump Truck | 1M2P264C2RM014578 | Blue Ridge Bank |
| 31 | 2000 | MACK RD688S | T/A Dump Truck | 1M2P267C9YM054831 | Blue Ridge Bank |
| 32 | 2003 | MACK CV713 | T/A Dump Truck | 1M2AG11C23M002243 | Blue Ridge Bank |
| 33 | 2003 | MACK CV713 | T/A Dump Truck | 1M2AG11C03M002242 | Blue Ridge Bank |
| 34 | 2016 | GMC 2500 HD SLT | Pickup Truck | 1GT12TEG7GF276642 | Blue Ridge Bank |
| 35 | 2007 | MACK CV713 | T/A Dump Truck | 1M2AG11C77M060547 | Blue Ridge Bank |
| 36 | 2012 | Air Burners S-327 | Pit Burner | S27FBN12461 | Blue Ridge Bank |
| 37 | 2018 | GMC Terrain SLT | SUV | 3GKALVEX5JL295572 | Blue Ridge Bank |
| 38 | 2019 | GMC Yukon Denali | SUV | 1GKS2CKJ8KR247652 | Blue Ridge Bank |
| 39 | 2020 | GMC 1500 SLE | Pickup Truck | 3GTU9BED0LG178988 | Blue Ridge Bank |
| 40 | 2020 | GMC 1500 SLE | Pickup Truck | 3GTU9BED6LG184391 | Blue Ridge Bank |
| 41 | 2019 | GMC 2500 HD SLT | Pickup Truck | 1GT12REY4KF235972 | Blue Ridge Bank |
| 42 | 2013 | Kenworth | | 1NKDXPTX8DJ344785 | Blue Ridge Bank |
| 43 | 2018 | GMC 2500 HD SLT | Pickup Truck | 1GT12TEG3JF173886 | Blue Ridge Bank |
| 44 | 2019 | GMC 2500 HD Sierra | Pickup Truck | 2GT22NEGOK1157850 | Blue Ridge Bank |
| 45 | 2016 | CAT 299D2 | Compact Track Loader | FD201705 | Caterpillar Fin. Svcs. Corp. |
| 46 | 2019 | CAT 323-07 | Excavator | RAZ10324 | Caterpillar Fin. Svcs. Corp. |
| 47 | 2019 | CAT 305E2CR | Mini Excavator | H5M09505 | Caterpillar Fin. Svcs. Corp. |
| 48 | 2019 | CAT 950GC | Wheel Loader | M5T01228 | Caterpillar Fin. Svcs. Corp. |

**EXHIBIT B**

| Payee | Allocation | Taxes | Payment |
|---|---|---|---|
| 1st Source Bank | $ 396,899.46 | $ 21,899.46 | $ 375,000.00 |
| Atlantic Union Equipment Finance | $ 132,767.00 | $ 7,615.42 | $ 125,151.58 |
| AVT Virginia LP | $ 521,533.39 | $ 21,533.39 | $ 500,000.00 |
| Huntington | $ 380,000.00 | $ 16,465.19 | $ 363,534.81 |
| Blue Bridge Financial | $ 179,000.00 | $ 4,221.55 | $ 174,778.45 |
| Caterpillar Financial Services Corp. | $ 337,696.72 | $ 14,696.72 | $ 323,000.00 |
| Blue Ridge Bank | $ 904,603.43 | $ 33,997.26 | $ 870,606.17 |
| County of Fluvanna | $ - | $ - | $ 120,428.99 |
| Post-Closing Reserve | $ 10,000.00 | $ - | $ 10,000.00 |
| **TOTALS** | **$ 2,862,500.00** | **$ 120,428.99** | **$ 2,862,500.00** |