# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA
## Lynchburg Division

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| A.G. DILLARD, INC., | ) | Case No. 22-60115- RBC |
| | ) | |
| Debtor. | ) | |

## NOTICE OF WITHDRAWAL OF CLAIM NUMBER 20-2

COMES NOW, Pawnee Leasing Corporation, by counsel, and states as follows:

Pawnee Leasing Corporation filed Claim No. 20-2 on or about May 18, 2022, reflecting a claim amount of $324,116.81.

Pawnee Leasing Corporation hereby withdraws Claim No. 20-2.

Respectfully submitted,

PAWNEE LEASING CORPORATION,

by counsel.

/s/Neal L. Walters
Neal L. Walters, Esq., VSB No. 32048
*Counsel for Pawnee Leasing Corporation*
Scott | Kroner, PLC
418 East Water Street
P.O. Box 2737
Charlottesville, VA 22902
Telephone (434) 296-2161
Fax (434) 293-2073
 nwalters@scottkroner.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that on November 21, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: N/A.

      */s/Neal L. Walters*
Neal L. Walters, Esq.
*Counsel for Pawnee Leasing Corporation*
Scott | Kroner, PLC
418 East Water Street
P.O. Box 2737
Charlottesville, VA 22902
Telephone (434) 296-2161
Fax (434) 293-2073
nwalters@scottkroner.com

2